No. 16-20055

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
UNITED STATES OF AMERICA,

Plaintiff-Appellee,

vs.

Hortencia Medeles-Arguello,

A/K/A Tencha, A/K/A Raquel Medeles Garcia

Defendant-Appellant

Appeal from the United States District Court
For the Southern District of Texas, Houston Division
4:13-CR-628-1

## RECORD EXCERPTS

VIVIAN R. KING
State Bar No. 00784399
2202 Alabama St.
Houston, Texas 77004
(713) 222-2019 (telephone)
(877) 753-6706 (e-facsimile)
Email:
VivianRKing@msn.com

Attorney for Appellant
Hortencia Medeles-Arguello

## TABLE OF CONTENTS

Page

Tab 1 – Docket Sheet………………………………………….….. ROA.1-42

Tab 2 – Notice of Appeal……………………….................................. ROA.710

Tab 3 – Indictment…………………………..……………………….. ROA.351-362

Tab 4 – Jury Verdict……………………………………………… ROA.563-565

Tab 5 – Judgment ………………………………………………… ROA.2907-2916

Tab 6 – Certificate of Service………………………………………….. At End

# Tab 1

# Docket Sheet

APPEAL,APPEAL_NAT,COMPLEX,INTERPRETER,PPSURHO

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:13-cr-00628-1
# Internal Use Only

Case title: USA v. Medeles-Arguello et al

Date Filed: 10/09/2013
Date Terminated: 02/02/2016

Assigned to: Judge Ewing Werlein, Jr

## Defendant (1)

**Hortencia Medeles-Arguello**
*in custody*
*TERMINATED: 02/02/2016*
*also known as*
Tencha
*TERMINATED: 02/02/2016*
*also known as*
Raquel Medeles Garcia
*TERMINATED: 02/02/2016*

represented by **Ali R Fazel**
Scardino Fazel
4801 Woodway Drive
Suite 165-E
Houston, TX 77056
(713) 229-9292
Fax: (713) 229-9931
Email: Ali@SFLawTX.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Houston Interpreter**
U S District Court
515 Rusk
Houston, TX 77002
713-250-5318 fax
Fax: 713-250-5318 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

SEX TRAFFICKING
CONSPIRACY
(1)

SEX TRAFFICKING
CONSPIRACY
(1s)

CONSPIRACY TO HARBOR

## Disposition

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

Custody of the Bureau of Prisons for a term of Life as

ILLEGAL ALIENS
(2)

to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

CONSPIRACY TO HARBOR
ILLEGAL ALIENS
(2s)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

MONEY LAUNDERING
(3-4)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

MONEY LAUNDERING
(3s)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

MONEY LAUNDERING
(4s-5s)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

MONEY LAUNDERING
(5)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

MONEY LAUNDERING
(6)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

CONSPIRACY TO COMMIT
MONEY LAUNDERING
(6s)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

MONEY LAUNDERING
(7)

Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months

as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                  **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                         **Disposition**

None

**Movant**

**Harris County, Texas**                 represented by   **Lori Gruver**
                                                          Linebarger Goggan Blair & Sampson, LLP
                                                          PO Box 17428
                                                          Suite 400
                                                          Austin, TX 78760
                                                          512-447-6675
                                                          Email: LoriG@lgbs.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**Movant**

**Harris County Flood Control District**   represented by   **Lori Gruver**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**Movant**

**Port of Houston Authority**             represented by   **Lori Gruver**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

16-20055.3

**Movant**

**Harris County Hospital District**            represented by   **Lori Gruver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**Harris County Department of Education**     represented by   **Lori Gruver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**San Jacinto College District**              represented by   **Lori Gruver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**Harris County Emergency Service**          represented by   **Lori Gruver**
**District #12**                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**Harris County Emergency Service**          represented by   **Lori Gruver**
**District #6**                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**Harris County Emergency Service**          represented by   **Lori Gruver**
**District #50**                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Material Witness**

**Ana Laura Melendez Mendieta**                represented by    **Lourdes Rodriguez**
                                                                Attorney at Law
                                                                300 Fannin St
                                                                Ste 220
                                                                Houston, TX 77002-2038
                                                                713-222-8638
                                                                Fax: 832-565-1232
                                                                Email: lourdes.atty@sbcglobal.net
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: CJA Appointment*


**Material Witness**

**Lila Lizeth Diarte Moreno**                represented by    **Lourdes Rodriguez**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: CJA Appointment*


**Material Witness**

**Maria Hilda Duran Nava**                represented by    **Christian Navarro**
                                                                Christian Navarro Law Office
                                                                1018 Preston St
                                                                2nd Floor
                                                                Houston, TX 77002
                                                                713-222-2255
                                                                Fax: 888-709-5297
                                                                Email: ccn.lawyer@gmail.com
                                                                *TERMINATED: 11/20/2013*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: CJA Appointment*

                                                                **Ellis Munoz**
                                                                Munoz Law
                                                                431 SILVERDALE
                                                                Conroe, TX 77301
                                                                United Sta
                                                                832-892-1000
                                                                Fax: 832-442-3333
                                                                Email: attorney.munoz@gmail.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Material Witness**

Angelica Lopez Leon        represented by    **Ellis Munoz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lourdes Rodriguez**
(See above for address)
*TERMINATED: 11/20/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

Paula Martinez Perez        represented by    **Christian Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

Ana Karin Gutierrez Texis       represented by    **Christian Navarro**
(See above for address)
*TERMINATED: 11/20/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ellis Munoz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Material Witness**

Elizabeth Martin Matias        represented by    **Ellis Munoz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lourdes Rodriguez**
(See above for address)
*TERMINATED: 11/20/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Senorina Cabanzo Carrera**

represented by **Lourdes Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Leticia Rosas Merino**

represented by **Christian Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Yoana Delgado Valencia**

represented by **Baltazar Salazar**
Attorney at Law
8814 Brae Acres
Houston, TX 77074
713-655-1300
Email: balsalazar@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Jhoana Muriel Rodriguez**

represented by **Frank Aguilar**
Attorney at Law
1001 Texas Ave., Suite 1400
Houston, TX 77002
713-857-7076
Fax: 713 391-8522
Email: frankaguilar01@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Natividad Hernandez Cevino**

represented by **Frank Aguilar**
(See above for address)
*TERMINATED: 11/20/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ellis Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Material Witness**

**Maria Esther Casemiro**                     represented by    **Frank Aguilar**
(See above for address)
*TERMINATED: 11/20/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ellis Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

---

**Material Witness**

**Maria de los Angeles Gonzalez**             represented by    **Frank Aguilar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Veronica Salazar**                          represented by    **Frank Aguilar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Irma Morales Gonzalez**                     represented by    **Baltazar Salazar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Maria Teresa Vasquez Ramos**                represented by    **Christian Navarro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Leticia Carmona Colula**

represented by **Baltazar Salazar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Luz Mery Osorno**
*Bond*

represented by **Stephen E Randall**
Stephen E. Randall, Attorney at Law
440 Lousisiana
Ste 900
Houston, TX 77002
713-275-2179
Fax: 713-236-7797
Email: stephen.e.randall@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Nohemi Hogan**

represented by **Baltazar Salazar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Lina Maria Tabares Villa**

represented by **Baltazar Salazar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Vicente Lozano**

represented by **Stephen E Randall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Alan Cortes**
*Bond*

represented by **Stephen E Randall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Lorenzo Castillo**

represented by **Stephen E Randall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Luis Miguel Hernandez Mares**

represented by **Stephen E Randall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Juan Carlos Munoz**

represented by **James Madison Ardoin**
ArdoinLaw, PLLC
2118 Smith St.
Houston, TX 77002
713-574-8900
Email: jimmy@ardoinlawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Material Witness**

**Juan Cepeda**

represented by **Lourdes Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA**

represented by **Appellate Division**
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste 2300
Houston, TX 77002

Email: usatxs.appellate@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ruben R Perez**
US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9344
Fax: 713-718-3301
Email: Ruben.Perez2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - H**
515 Rusk 10th Floor
Houston, TX 77002
713-718-4800
Fax: 713-718-4848
Email: hcourtoperations@usms.doj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
515 Rusk
6th Floor
Houston, TX 77002
713-250-5218
Fax: 713-250-5666
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**
515 Rusk
2nd Floor
Houston, TX 77002
713-250-5266
Fax: INS_prob1

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Eric Vincent Carroll**
United States Attorney's Office
1000 Louisiana, Ste. 2300
Houston, TX 77002
713-567-9331
Fax: 713-718-3307
Email: vincent.carroll@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lori Silverstein Roth**
U.S. Attorney's Office
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3307
Email: lori.roth@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2013 | 1 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Hortencia Medeles-Arguello (1) count(s) 1, 2, 3-4, 5, 6, 7, Delia Diaz (2) count(s) 1, 2, 7, Jose L Uraga (3) count(s) 1, Alfonso Diaz-Juarez (4) count(s) 1, 2, Jorge Antonio Teloxa-Barbosa (5) count(s) 2, Eduardo Guzman Gonzales (6) count(s) 2, Alberto Mendez Flores (7) count(s) 1, 2, Guadalupe Valdez Lugo (8) count(s) 1, 7, Lilia Medeles Cerda (9) count(s) 1, 2, Abel Medeles (10) count(s) 1, 2, 7, Odelia Hernandez (11) count(s) 1, 2, Talat Crippin (12) count(s) 1, 2, 7, Diana Medeles Garcia (13) count(s) 7, Graciela Medeles Ochoa (14) count(s) 7, filed. (cfelchak, 4) (Entered: 10/11/2013) |
| 10/09/2013 | 2 | US Attys Criminal Docket Sheet as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed.(cfelchak, 4) (Entered: 10/11/2013) |
| 10/09/2013 | 3 | MOTION to Seal Indictment and related documentsby USA as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (cfelchak, 4) (Main Document 3 replaced on 10/11/2013) (cfelchak, 4). (Entered: 10/11/2013) |
| 10/09/2013 | 4 | ORDER granting 3 Motion to Seal as to Hortencia Medeles-Arguello (1), Delia Diaz (2), Jose L Uraga (3), Alfonso Diaz-Juarez (4), Jorge Antonio Teloxa-Barbosa (5), Eduardo Guzman Gonzales (6), Alberto Mendez Flores (7), Guadalupe Valdez Lugo (8), Lilia Medeles Cerda (9), Abel Medeles (10), Odelia Hernandez (11), Talat Crippin (12), Diana Medeles Garcia (13), Graciela Medeles Ochoa (14).(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(cfelchak, 4) (Entered: 10/11/2013) |
| 10/09/2013 | 5 | |

| | | |
|---|---|---|
| | | ORDER for Issuance of Bench Warrant as to Hortencia Medeles-Arguello ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (cfelchak, 4) (Entered: 10/11/2013) |
| 10/10/2013 | | (Court only) Bench Warrant Issued in case as to Hortencia Medeles-Arguello, filed. (cfelchak, 4) (Entered: 10/11/2013) |
| 10/10/2013 | 27 | MOTION for Writ of Habeas Corpus ad testificandum for Alan Cortes by USA as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (cfelchak, 4) (Entered: 10/11/2013) |
| 10/10/2013 | 28 | ORDER granting 27 Motion for Writ of Habeas Corpus ad testificandum as to Hortencia Medeles-Arguello (1), Delia Diaz (2), Jose L Uraga (3), Alfonso Diaz-Juarez (4), Jorge Antonio Teloxa-Barbosa (5), Eduardo Guzman Gonzales (6), Alberto Mendez Flores (7), Guadalupe Valdez Lugo (8), Lilia Medeles Cerda (9), Abel Medeles (10), Odelia Hernandez (11), Talat Crippin (12), Diana Medeles Garcia (13), Graciela Medeles Ochoa (14).(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(cfelchak, 4) (Entered: 10/11/2013) |
| 10/11/2013 | 19 | MOTION Unseal Indictment and Related Documents by USA as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (cfelchak, 4) (Entered: 10/11/2013) |
| 10/11/2013 | 20 | ORDER granting 19 Motion Unseal as to Hortencia Medeles-Arguello (1), Delia Diaz (2), Jose L Uraga (3), Alfonso Diaz-Juarez (4), Jorge Antonio Teloxa-Barbosa (5), Eduardo Guzman Gonzales (6), Alberto Mendez Flores (7), Guadalupe Valdez Lugo (8), Lilia Medeles Cerda (9), Abel Medeles (10), Odelia Hernandez (11), Talat Crippin (12), Diana Medeles Garcia (13), Graciela Medeles Ochoa (14).(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(cfelchak, 4) (Entered: 10/11/2013) |
| 10/11/2013 | 21 | Affidavit in Support of Detention of Material Witnesses by USA as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (cfelchak, 4) (Entered: 10/11/2013) |
| 10/11/2013 | 22 | ORDER granting 21 Affidavit in Support of Detention of Material Witnesses as to Hortencia Medeles-Arguello (1), Delia Diaz (2), Jose L Uraga (3), Alfonso Diaz-Juarez (4), Jorge Antonio Teloxa-Barbosa (5), Eduardo Guzman Gonzales (6), Alberto Mendez Flores (7), Guadalupe Valdez Lugo (8), Lilia Medeles Cerda (9), Abel Medeles (10), Odelia Hernandez (11), Talat Crippin (12), Diana Medeles Garcia (13), Graciela Medeles Ochoa (14).(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(cfelchak, 4) (Entered: 10/11/2013) |
| 10/11/2013 | 29 | INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Minute Entry for proceedings held on 10/11/2013 before Magistrate Judge Nancy K. Johnson. Material Witnesses Ana Laura Melendez Mendieta, Lila Lizeth Diarte Moreno, Maria Hilda Duran Nava, Angelica Lopez Leon, and Paula Martinez Perez informed of rights. Order appointing private counsel to follow. Appearances: AUSA Ruben Perez f/USA;.(ERO:K Lindsay) (Interpreter:yes) MWsremanded to custody, filed.(kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | 31 | |

| | | |
|---|---|---|
| | | INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Minute Entry for proceedings held on 10/11/2013 before Magistrate Judge Nancy K. Johnson as to Material Witnesss Ana Karin Gutierrez Texis, Elizabeth Martin Matias, Senorina Cabanzo Carrera, Leticia Rosas Nerino, Yoana Delgado Valencia, Jhoana Muriel Rodriguez, and Natividad Hernandez Cevino informed of rights. Order appointing private counsel to follow. Appearances: AUSA Ruben Perez f/USA.(ERO:K Lindsay) (Interpreter:Yes) MWs remanded to custody, filed.(kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | 32 | INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Minute Entry for proceedings held on 10/11/2013 before Magistrate Judge Nancy K. Johnson Material Witnesses Maria Esther Casemiro, Maria de los Angeles Gonzalez, Veronica Salazar, Irma Morales Gonzalez, Maria Teresa Vasquez Ramos, Leticia Carmona Colula, and Luz Mery Osorno informed of rights. Order appointing private counsel to follow. Appearances: AUSA Ruben Perez f/USA.(ERO:K Lindsay) (Interpreter:Yes) MWs remanded to custody, filed.(kmurphy, 4) (Additional attachment(s) added on 10/30/2013: # 1 Minutes) (sbutler, 4). (Entered: 10/15/2013) |
| 10/11/2013 | 33 | INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Minute Entry for proceedings held on 10/11/2013 before Magistrate Judge Nancy K. Johnson Material Witnesses Nohemi Hogan, Lina Maria Tabares Villa, Vicente Lozano, Alan Cortes, Lorenzo Castillo, and Luis Miguel Hernandez Mares informed of rights. Order appointing private counsel to follow. Appearances: AUSA Ruben Perez f/USA.(ERO:K Lindsay) (Interpreter:Yes) MWs remanded to custody, filed.(kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | 34 | MATERIAL WITNESS HEARING Minute Entry for proceedings held on 10/11/2013 before Magistrate Judge Nancy K. Johnson as to Material Witness Luz Mery Osorno. Material Witness not present. Bond Hearing set for 10/15/2013 at 10:00 AM before Magistrate Judge Nancy K. Johnson Appearances: AUSA Ruben Perez f/USA.(ERO:P Crawford), filed.(kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | | Arrest of Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Jorge Antonio Teloxa-Barbosa, filed. (kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | 35 | INITIAL APPEARANCE Minute Entry for proceedings held on 10/11/2013 before Magistrate Judge Nancy K. Johnson as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, and Jorge Antonio Teloxa-Barbosa. Defts informed of rights. Defendant Jose L Uraga requests appointed counsel. Financial Affidavits executed. Defendants Hortencia Medeles-Arguelo, Delia Diaz and Jorge Antonio Teloxa-Barbosa advise court they will retain counsel. Order of Temporary Detention Pending Hearing to be entered. Counsel determination hearing set for 10/15/2013 at 10:00 am before Magistrate Judge Nancy Johnson. Arraignment/Detention hearing set for 10/16/2013 at 10:00 am before Magistrate Nancy Johnson. Appearances: AUSA Ruben Perez f/USA.(ERO:P Crawford) (Interpreter:Yes) Defts remanded to custody, filed.(kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | | Interpreter needed for Hortencia Medeles-Arguello (1), Jose L Uraga (3), and Jorge Antonio Teloxa-Barbosa (5) added. (kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | | ***Set Hearing as to Hortencia Medeles-Arguello (1), Delia Diaz (2), and Jorge Antonio Teloxa-Barbosa (5): Counsel Determination Hearing set for 10/15/2013 at 10:00 AM before Magistrate Judge Nancy K. Johnson (kmurphy, 4) (Entered: 10/15/2013) |
| 10/11/2013 | 36 | Sealed Financial Affidavit CJA 23 by Hortencia Medeles-Arguello, filed. (Entered: 10/15/2013) |
| 10/11/2013 | 39 | ORDER OF TEMPORARY DETENTION PENDING COUNSEL DETERMINATION HEARING as to Hortencia Medeles-Arguello, Delia Diaz, Jorge Antonio Teloxa-Barbosa |

| | | |
|---|---|---|
| | | ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/15/2013) |
| 10/15/2013 | 30 | US Attys Criminal Docket Sheet as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed.(ckrus, 4) (Entered: 10/15/2013) |
| 10/15/2013 | 63 | COUNSEL DETERMINATION HEARING Minute Entry for proceedings held on 10/15/2013 before Magistrate Judge Nancy K. Johnson as to Hortencia Medeles-Arguello (1), Delia Diaz (2), and Jorge Antonio Teloxa-Barbosa (5). Defts appeared without counsel. Counsel Determination Hearing reset to 10/17/2013 at 2:00 pm before Judge George Hanks Jr as to Hortencia Medeles-Arguello (1). Counsel Determination Hearing reset for 10/15/2013 at 2:00 pm before Judge Nancy Johnson as to Defendant Delia Diaz (2). Counsel Determination Hearing reset for 10/17/2013 at 10:00 am before Judge George Hanks Jr as to Jorge Antonio Teloxa Barbosa (5). Appearances: AUSA Ruben Perez f/USA.(ERO:W Bostic) (Interpreter:Yes) Defts remanded to custody, filed.(kmurphy, 4) (Entered: 10/16/2013) |
| 10/15/2013 | | ***Set Hearing as to Hortencia Medeles-Arguello (1) Counsel Determination Hearing set for 10/17/2013 at 02:00 PM before Magistrate Judge George C. Hanks Jr. (kmurphy, 4) (Entered: 10/16/2013) |
| 10/15/2013 | 64 | ORDER OF TEMPORARY DETENTION PENDING COUNSEL DETERMINATION as to Hortencia Medeles-Arguello (1) ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/16/2013) |
| 10/15/2013 | 65 | MATERIAL WITNESS BOND HEARING Minute Entry for proceedings held on 10/15/2013 before Magistrate Judge Nancy K. Johnson in case as to Material Witness Luz Mery Orsorno. Material witness appeared without counsel. Unsecured Bond set at $5,000.00 with surety signature required. Court advises of conditions of release. Material witness will be released one co-signor signs bond. Appearances: AUSA Rube Perez f/USA.(ERO:W Bostic) (Interpreter:Yes) Material Witness remanded to custody, filed.(kmurphy, 4) (Entered: 10/16/2013) |
| 10/15/2013 | 66 | MATERIAL WITNESS HEARING Minute Entry for proceedings held on 10/15/2013 before Magistrate Judge Nancy K. Johnson as to Material Witness Alan Cortes. Bond Hearing reset for 10/16/2013 at 10:00 AM before Magistrate Judge Nancy K. Johnson. Appearances: AUSA Ruben Perez f/USA.(ERO:W Bostic) (Interpreter:Yes) Material Witness remanded to custody, filed.(kmurphy, 4) Modified on 10/16/2013 (kmurphy, 4). (Entered: 10/16/2013) |
| 10/15/2013 | 95 | Unsecured Bond Entered as to Material Witness Luz Mery Osorno in amount of $ 5,000.00, filed. (kmurphy, 4) (Additional attachment(s) added on 10/16/2013: # 1 Unredacted) (kmurphy, 4). Modified on 10/31/2013 (sbutler, 4). (Entered: 10/16/2013) |
| 10/15/2013 | 96 | ORDER Setting Conditions of Release as to Material Witness Luz Mery Osorno ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Additional attachment(s) added on 10/16/2013: # 1 Unredacted) (kmurphy, 4). Modified on 10/31/2013 (sbutler, 4). (Entered: 10/16/2013) |
| 10/16/2013 | 62 | (Court only) Passport Surrendered to Material Witness Osorno Maza, Luz Mery as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, |

| | | |
|---|---|---|
| | | Diana Medeles Garcia, Graciela Medeles Ochoa. Passport in the custody of the Pretrial Services Department. Date Passport Surrendered 10/16/2013. Surrendered in Houston Division, filed. (vsemien, 4) (Entered: 10/16/2013) |
| 10/16/2013 | | ***Set/Reset Hearings as to Hortencia Medeles-Arguello: Counsel Determination Hearing set for 10/17/2013 at 10:00 AM in Courtroom 702 before Magistrate Judge George C. Hanks Jr. (jegonzalez, 4) (Entered: 10/16/2013) |
| 10/16/2013 | 69 | MATERIAL WITNESS BOND HEARING Minute Entry for proceedings held on 10/16/2013 before Magistrate Judge Nancy K. Johnson as to Material Witness Alan Cortes. $5,000.00 Unsecured bond set with surety signatures required. Material Witness can be released. The uncle has 48 hours to sign bond. Material Witness advised of conditions of release. Appearances:AUSA Ruben Perez f/USA.(ERO:A Willimas) (Interpreter:No) Deft remanded to custody, filed.(kmurphy, 4) (Entered: 10/16/2013) |
| 10/16/2013 | | **Terminate Deadlines and Hearings Bond Hearing as to Material Witnes Alan Cortes (kmurphy, 4) (Entered: 10/16/2013) |
| 10/16/2013 | 100 | Unsecured Bond Entered as to Material Witness Alan Cortes $5,000.00,, filed. (kmurphy, 4) (Additional attachment(s) added on 10/17/2013: # 1 Unredacted) (kmurphy, 4). (Entered: 10/17/2013) |
| 10/16/2013 | 101 | ORDER Setting Bond Conditions for Release for Witness Alan Cortes ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Additional attachment(s) added on 10/17/2013: # 1 Unredacted) (kmurphy, 4). (Entered: 10/17/2013) |
| 10/17/2013 | 104 | COUNSEL DETERMINATION HEARING Minute Entry for proceedings held on 10/17/2013 before Magistrate Judge George C. Hanks, Jr as to Hortencia Medeles-Arguello (1) and Jorge Antonio Teloxa-Barbosa (2). Defendant Hortencia Medeles-Arguello (1) advises court she will need additional time to retain counsel. Defendant Jorge Antonio Teloxa-Barbosa (2) requests court appointed counsel. Financial Affidavit executed and sworn. Order appointing private counsel to follow. Order of temporary detention to be entered as to Jorge Antonio Teloxa-Barbosa. Arraignment & Detention Hearing set for 10/23/2013 at 02:00 PM before Magistrate Judge Frances H Stacy Appearances:AUSA Ruben Perez f/USA.(ERO:R Smith) (Interpreter:yes) Deft remanded to custody, filed.(kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | | Attorney update in case as to Material Witnesses. Attorney Stephen E Randall for Luis Miguel Hernandez Mares, Lorenzo Castillo, Alan Cortes, Vicente Lozano, and Luz Mery Osorno; Baltazar Salazar for Lina Maria Tabares Villa, Nohemi Hogan, Leticia Carmona Colula, and Irma Morales Gonzalez and Yoana Delgado Valencia; Christian Navarro for Maria Teresa Vasquez Ramos, Leticia Rosas Merino,Ana Karin Gutierrez Texas, Paula Martinez Perez and Maria Hilda Duran Nava; Frank Aguilar for Veronica Salazar, Maria de los Angeles Gonzalez, Maria Esther Casemiro, Natividad Hernandez Cevino, and Jhoana Muriel Rodriguez; Lourdes Rodriguez for Senorina Cabanzo Carrera, Elizabeth Martin Matias, Angelica Lopez Leon, Lila Lizeth Diarte Moreno, and Ana Laura Melendez Mendieta added. (kmurphy, (Entered: 10/18/2013) |
| 10/17/2013 | 115 | CJA 20 for Material Witness Luis Miguel Hernandez Mares: Appointment of Attorney Stephen Randall ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 116 | CJA 20 for Material Witness Lorenzo Castillo: Appointment of Attorney Stephen Randall ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |

| 10/17/2013 | 117 | CJA 20 for Material Witness Alan Cortes: Appointment of Attorney Stephen Randall ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 118 | CJA 20 for Material Witness Vicente Lozano: Appointment of Attorney Stephen Randall ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 119 | CJA 20 for Material Witness Luz Mery Osorno: Appointment of Attorney Stephen Randall ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 120 | CJA 20 for Material Witness Lina Maria Tabares Villa: Appointment of Attorney Baltazar Salazar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 121 | CJA 20 for Material Witness Nohemi Hogan: Appointment of Attorney Baltazar Salazar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 122 | CJA 20 for Material Witness Leticia Carmona Colula: Appointment of Attorney Baltazar Salazar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 123 | CJA 20 for Material Witness Irma Morales Gonzalez: Appointment of Attorney Baltazar Salazar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 124 | CJA 20 for Material Witness Yoana Delgado Valencia: Appointment of Attorney Baltazar Salazar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 125 | CJA 20 for Material Witness Maria Teresa Vasquez Ramos: Appointment of Attorney Christian Navarro ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 126 | CJA 20 for Material Witness Leticia Rosas Merino: Appointment of Attorney Christian Navarro ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 127 | CJA 20 for Material Witness Ana Karin Gutierrez Texis: Appointment of Attorney Christian Navarro ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 128 | CJA 20 for Material Witness Paula Martinez Perez: Appointment of Attorney Christian Navarro ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 129 | CJA 20 for Material Witness Maria Hilda Duran Nava: Appointment of Attorney Christian Navarro ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 130 | CJA 20 for Material Witness Veronica Salazar: Appointment of Attorney Frank Aguilar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 131 | |

| | | |
|---|---|---|
| | | CJA 20 for Material Witness Maria de los Angeles Gonzalez: Appointment of Attorney Frank Aguilar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 132 | CJA 20 for Material Witness Maria Esther Casemiro: Appointment of Attorney Frank Aguilar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 133 | CJA 20 for Material Witness Natividad Hernandez Cevino: Appointment of Attorney Frank Aguilar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 134 | CJA 20 for Material Witness Jhoana Muriel Rodriguez: Appointment of Attorney Frank Aguilar ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 135 | CJA 20 for Material Witness Senorina Cabanzo Carrera: Appointment of Attorney Lourdes Rodriguez ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 136 | CJA 20 for Material Witness Elizabeth Martin Matias: Appointment of Attorney Lourdes Rodriguez ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 137 | CJA 20 for Material Witness Angelica Lopez Leon: Appointment of Attorney Lourdes Rodriguez ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 138 | CJA 20 for Material Witness Lila Lizeth Diarte Moreno: Appointment of Attorney Lourdes Rodriguez ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/17/2013 | 139 | CJA 20 for Material Witness Ana Laura Melendez Mendieta: Appointment of Attorney Lourdes Rodriguez ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (kmurphy, 4) (Entered: 10/18/2013) |
| 10/18/2013 | 148 | (Court only) Arrest Warrant issued 10/10/2013 Returned Executed on 10/11/2013 in case as to Hortencia Medeles-Arguello, filed. (bdaniel, 4) (Entered: 10/21/2013) |
| 10/23/2013 | 162 | NOTICE OF RESETTING as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa - regarding 89 Docket Control Order, and 114 Docket Control Order. Pretrial Conference IS RESET for 12/6/2013 at 11:15 AM in Courtroom 11D before Judge Ewing Werlein, Jr. (kcarr, 4) (Entered: 10/23/2013) |
| 10/23/2013 | 167 | Agreed MOTION to Substitute Attorney E Matthew Leeper, Jr *for Gerardo Gonzales* by on behalf of Alberto Mendez Flores as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order)(Leeper, E) (Entered: 10/23/2013) |
| 10/23/2013 | 168 | Agreed MOTION to Substitute Attorney Francisco Fernandez *for David Adler* by on behalf of Eduardo Guzman Gonzales as to Hortencia Medeles-Arguello, Delia Diaz, Jose |

| | | |
|---|---|---|
| | | L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order)(Fernandez, Francisco) (Entered: 10/23/2013) |
| 10/23/2013 | 170 | DETENTION HEARING Minute Entry for proceedings held on 10/23/2013 before Magistrate Judge Frances H Stacy as to Hortencia Medeles-Arguello (1), Delia Diaz (2), Jorge Antonio Teloxa-Barbosa (5), Guadalupe Valdez Lugo (8), Lilia Medeles Cerda (9), Abel Medeles (10), Odelia Hernandez (11), and Talat Crippin (12). ((1) Defendant Hortencia Medels-Arguello - appeared without counsel. Deft requests court appointed counsel. Financial Affidavit executed. Order appointing private counsel to follow. Counsel Determination hearing set 10/24/2013 at 10:00 am before Magistrate Judge France Stacy. Arraignment and Detention hearing set for 10/25/2013 at 2:00 pm before Magistrate Judge Frances Stacy) ((5) Jorge Teloxa-Barbosa - Court grants 140 Agreed MOTION to Substitute Attorney Charles August Banker, III *In Lieu of Lee Harper Wilson*. Waiver of Detention executed. Order of Detention Pending Trial to be entered.)( (8) Guadalupe Valdez Lugo Detention Hearing reset to 10/25/2013 at 2:00 pm before Magistrate Judge Frances Stacy)((12) Talat Crippin (deft did not appear) Arraignment & Detention hearing reset to 10/25/2013 at 2:00 pm before Magistrate Judge Frances Stacy.) Detention hearing held as to Delia Diaz (2), Lilia Medeles Cerda (9), Abel Medeles (10), and Odelia Hernandez (11) and Order of Detention Pending Trial to be entered. Appearances: AUSA Ruben R Perez f/USA, Billy Ray Skinner f/Delia Diaz (2), Charles August Banker, III f/Deft Jorge Teloxa-Barbosa (5), Gerardo S Montalvo f/Guadalupe Lugo (8), John Riley Friesell f/Lilia Medeles Cerda (9), Mario Rojas Madrid f/Abel Medeles (10), Christopher Goldsmith, f/Odelia Hernandez and JoAnne Marie Musick f/Deft Talat Crippin.(ERO:K Lindsay) (Interpreter:Yes) Defts remanded to custody, filed.(kmurphy, 4) (Entered: 10/24/2013) |
| 10/23/2013 | | ***Set Hearing as to Hortencia Medeles-Arguello (1) Counsel Determination Hearing set for 10/24/2013 at 10:00 AM before Magistrate Judge Frances H Stacy (kmurphy, 4) (Entered: 10/24/2013) |
| 10/23/2013 | | ***Set Hearings as to Hortencia Medeles-Arguello (1)and Talat Crippin (12) Arraignment & Detention Hearing set for 10/25/2013 at 02:00 PM before Magistrate Judge Frances H Stacy (kmurphy, 4) (Entered: 10/24/2013) |
| 10/23/2013 | 171 | Sealed Financial Affidavit CJA 23 by Hortencia Medeles-Arguello (1), filed. (Entered: 10/24/2013) |
| 10/23/2013 | 172 | CJA 20 appointing Attorney Ali Fazel as to Hortencia Medeles-Arguello (1)( Signed by Magistrate Judge Frances H Stacy) Parties notified. (kmurphy, 4) (Entered: 10/24/2013) |
| 10/23/2013 | 175 | ARRAIGNMENT Minute Entry for proceedings held on 10/23/2013 before Magistrate Judge Frances H Stacy: Defts Delia Diaz (2) Count 1,2,7 and Jorge Antonio Teloxa-Barbosa (5) Count 2 and Abel Medeles (10) Count 1,2,7 enter pleas of not guilty to all counts. Scheduling ordere issued. Defts Hortencia Arguello (1) and Talat Crippin (12) Arraignment Hearing reset to 10/25/2013 at 2:00 pm before Magistrate Judge Frances Stacy. Appearances: AUSA Ruben R Perez f/USA, Billy Ray Skinner f/Delia Diaz (2), Charles August Banker, III f/Deft Jorge Teloxa-Barbosa (5), Gerardo S Montalvo f/Guadalupe Lugo (8), John Riley Friesell f/Lilia Medeles Cerda (9), Mario Rojas Madrid f/Abel Medeles (10), Christopher Goldsmith, f/Odelia Hernandez and JoAnne Marie Musick f/Deft Talat Crippin.(ERO:K Lindsay) (Interpreter:yes) Deft remanded to custody, filed.(kmurphy, 4) (Entered: 10/24/2013) |

| | | |
|---|---|---|
| 10/23/2013 | 181 | SCHEDULING ORDER as to Hortencia Medeles-Arguello, Talat Crippin. ETT:2 weeks: Motion Filing due by 10/28/2013. Responses due by 11/7/2013. Pretrial Conference set for 12/6/2013 at 11:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr Proposed Voir Dire due by 11/29/2013. Jury Selection set for 12/9/2013 at 01:00 PM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 12/9/2013 at 01:00 PM in Courtroom 11D before Judge Ewing Werlein, Jr( Signed by Magistrate Judge Frances H Stacy) Parties notified. (ltrevino, 3) (Entered: 10/28/2013) |
| 10/24/2013 | 177 | COUNSEL DETERMINATION HEARING Minute Entry for proceedings held on 10/24/2013 before Magistrate Judge Frances H Stacy: as to Hortencia Medeles-Arguello. Arraignment & Detention Hearing set for 10/25/2013 at 02:00 PM before Magistrate Judge Frances H Stacy. Appearances: AUSA Ruben Perez f/USA; Ali Fazel f/Deft.(ERO:R Smith) (Interpreter:Yes) Deft remanded to custody, filed.(kmurphy, 4) (Entered: 10/25/2013) |
| 10/25/2013 | 182 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: DETENTION HEARING & Arraignment, Guadalupe Valdez Lugo, Talat Crippin held on 10/25/2013. Detention Hearing held as to Hortencia Medeles-Arguello. Defendants appeared with counsel. Defendant Guadalupe Valdez Logo Bond set at $100,000.00 with $25,000.00 Deposit. Defendant Guadalupe Valdez Logo bond set at $50,000.00 with $2,000.00 Deposit. Surety signatures required as to Defendant Guadalupe Valdez Logo 3 co signers. Defendant Talat Clippin (12) - 2 co signers Defendant Guadalupe Valdez Logo and Talat Crippin advised of conditions of release.Defendant Hortencia Medellin Arguello remanded to custody. Defendant Hortencia M. Arguello remanded to custody. Bond given as to Guadalupe Valdez Logo and to be made. Detention hearing held for Defendants Hortencia M. Arguello and Talat Crippin. Appearances: Ruben R Perez, US Probation - H, US Marshal - H, Attorney Ali Fazel, Joann Musick, Gerardo S Montalvo, filed.(dahumada, 1) (Entered: 10/28/2013) |
| 10/25/2013 | 183 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: ARRAIGNMENT held on 10/25/2013. Defendants enter a plea of not guilty. Scheduling Order issued w/cc to parties. Appearances: Ruben R Perez, JoAnne Marie Musick for Defendant Talat Crippin and, Ali Fazel for Hortencia M. Arguellos. USPO: G. Hernandez, Int: yes Case Manager: Beverly White. (ERO:O. Linder), filed.(dahumada, 1) (Entered: 10/28/2013) |
| 10/25/2013 | 191 | ORDER OF DETENTION PENDING TRIAL as to Hortencia Medeles-Arguello ( Signed by Magistrate Judge Frances H Stacy) Parties notified. (mmapps, 4) (Entered: 10/29/2013) |
| 10/28/2013 | | ***Reset Hearings as to Hortencia Medeles-Arguello, Delia Diaz, Jorge Antonio Teloxa-Barbosa, Abel Medeles, Talat Crippin: Pretrial Conference set for 12/6/2013 HAD THE TIME CHANGED TO 11:15 AM in Courtroom 11D before Judge Ewing Werlein, Jr. (kcarr, 4) (Entered: 10/28/2013) |
| 10/28/2013 | 187 | AO 435 TRANSCRIPT ORDER FORM by Ruben Perez. This is to order a transcript of Detention Hearing held on 10/25/13 before Magistrate Judge Frances H Stacy Court Reporter/Transcriber: JTT, filed. Electronically forwarded to Judicial Transcribers of Texas on 10/28/13 (emathis, 4) (Entered: 10/28/2013) |
| 10/28/2013 | 188 | Unopposed MOTION to Substitute Attorney Ellis Munoz by on behalf of Elizabeth Martin Matias as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Munoz, Ellis) (Entered: 10/28/2013) |

| 10/28/2013 | 189 | Unopposed MOTION to Substitute Attorney Ellis Munoz by on behalf of Ana Karin Gutierrez Texis as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Munoz, Ellis) (Entered: 10/28/2013) |
| --- | --- | --- |
| 10/28/2013 | 190 | Unopposed MOTION to Substitute Attorney Ellis Munoz by on behalf of Angelica Lopez Leon as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Munoz, Ellis) (Entered: 10/28/2013) |
| 10/29/2013 | 192 | APPEAL TRANSCRIPT as to Hortencia Medeles-Arguello, Guadalupe Valdez Lugo, Talat Crippin re: Detention/Arraignment held on October 25, 2013 before Magistrate Judge Frances H Stacy. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Ruben Perez This transcript relates to the following: 187 Transcript Order Form - AO 435,. Release of Transcript Restriction set for 1/27/2014., filed. (mahenry, ) (Entered: 10/29/2013) |
| 10/29/2013 | 193 | ORDER terminating 168 Motion to Substitute Attorney as to Jose L Uraga (3), Alfonso Diaz-Juarez (4), Alberto Mendez Flores (7), Diana Medeles Garcia (13), Graciela Medeles Ochoa (14); GRANTING 168 Motion to Substitute Attorney as to Eduardo Guzman Gonzales (6). Attorney David Adler terminated.(Signed by Judge Ewing Werlein, Jr.) Parties notified.(kcarr, 4) (Entered: 10/29/2013) |
| 10/29/2013 | 194 | ORDER terminating 167 Motion to Substitute Attorney as to Jose L Uraga (3), Alfonso Diaz-Juarez (4), Eduardo Guzman Gonzales (6), Diana Medeles Garcia (13), Graciela Medeles Ochoa (14); GRANTING 167 Motion to Substitute Attorney as to Alberto Mendez Flores (7). Attorney Gerardo Harry Gonzales terminated.(Signed by Judge Ewing Werlein, Jr.) Parties notified.(kcarr, 4) (Entered: 10/29/2013) |
| 10/30/2013 | 198 | Notice of Filing of Official Transcript as to 192 Transcript - Appeal,. Party notified, filed. (klinds, 4) (Entered: 10/30/2013) |
| 11/08/2013 | 204 | Opposed MOTION to Vacate *Material Witness Order* by Luis Miguel Hernandez Mares as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order)(Randall, Stephen) (Entered: 11/08/2013) |
| 11/08/2013 | 205 | MOTION to Release Material Witnesses by Veronica Salazar, Maria de los Angeles Gonzalez, Maria Esther Casemiro, Natividad Hernandez Cevino, Jhoana Muriel Rodriguez as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order)(Aguilar, Frank) (Entered: 11/08/2013) |
| 11/08/2013 | | (Court only) Motion Hearing re [DEN#204] set November 12, 2013 at 9:00 a.m. before Judge Nancy Johnson, filed. (sbutler, 4) (Entered: 11/08/2013) |
| 11/08/2013 | 206 | Opposed MOTION to Release Material Witnesses by Maria Teresa Vasquez Ramos, Leticia Rosas Merino, Paula Martinez Perez, Maria Hilda Duran Nava as to Hortencia |

| | | |
|---|---|---|
| | | Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order Release Material Witnesses)(Navarro, Christian) (Entered: 11/08/2013) |
| 11/08/2013 | 207 | NOTICE OF SETTING - regarding 204 Opposed MOTION to Vacate *Material Witness Order*. Motion Hearing set for 11/12/2013 at 09:00 AM in Courtroom 700 before Magistrate Judge Nancy K. Johnson, filed. (COUNSEL ONLY, NO DEFENDANTS/MATERIAL WITNESSES.(sbutler, 4) (Entered: 11/08/2013) |
| 11/08/2013 | 208 | Joint MOTION Extension of Time to Detain Material Witnesses by Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Fazel, Ali) (Entered: 11/08/2013) |
| 11/12/2013 | 209 | Unopposed MOTION to Substitute Attorney Ellis Munoz by on behalf of Maria Esther Casemiro as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Munoz, Ellis) (Entered: 11/12/2013) |
| 11/12/2013 | 210 | Minute Entry: for proceedings held before Magistrate Judge Nancy K. Johnson: MOTION HEARING held on 11/12/2013. Status Conference set November 22, 2013 at 10:30a.m. Appearances: Ruben R Perez, Stephen E Randall, Christian Navarro, Frank Aguilar, Ellis Munoz, Lourdes Rodriguez, Ali R Fazel, Thomas S Berg, Francisco Fernande f/Matt Leeper, Christopher Goldsmith, Christopher Sharkey, David Richard Bires.(ERO:Yes), filed.(sbutler, 4) (Entered: 11/12/2013) |
| 11/12/2013 | | Set/Reset Deadlines/Hearings: Status Conference set for 11/22/2013 at 10:30 AM in Courtroom 700 before Magistrate Judge Nancy K. Johnson (sbutler, 4) (Entered: 11/12/2013) |
| 11/12/2013 | 211 | Sealed Event, filed. (Entered: 11/12/2013) |
| 11/13/2013 | 213 | ORDER ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (sbutler, 4) (Entered: 11/13/2013) |
| 11/14/2013 | 214 | Unopposed MOTION to Substitute Attorney Ellis Munoz by on behalf of Natividad Hernandez Cevino as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Munoz, Ellis) (Entered: 11/14/2013) |
| 11/14/2013 | 215 | Unopposed MOTION to Substitute Attorney Ellis Munoz by on behalf of Maria Hilda Duran Nava as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Munoz, Ellis) (Entered: 11/14/2013) |
| 11/15/2013 | 216 | Unopposed MOTION to Certify Case as Complex by USA as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio |

| | | |
|---|---|---|
| | | Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Perez, Ruben) (Entered: 11/15/2013) |
| 11/18/2013 | 217 | Sealed Event, filed. (With attachments) (Entered: 11/18/2013) |
| 11/19/2013 | 218 | ORDER OF MODIFICATION ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (sbutler, 4) (Entered: 11/19/2013) |
| 11/19/2013 | 219 | Sealed Order (Ex Parte Hearing set for 12/6/2013 at 04:00 PM at Courtroom 11D before Judge Ewing Werlein, Jr). (Entered: 11/19/2013) |
| 11/20/2013 | 220 | ORDER granting 188 Motion to Substitute Attorney.(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(sbutler, 4) (Entered: 11/20/2013) |
| 11/20/2013 | 221 | ORDER granting 190 Motion to Substitute Attorney.(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(sbutler, 4) (Additional attachment(s) added on 11/20/2013: # 1 Order) (sbutler, 4). Modified on 11/20/2013 (sbutler, 4). (Entered: 11/20/2013) |
| 11/20/2013 | 222 | ORDER granting 189 Motion to Substitute Attorney (Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(sbutler, 4) (Entered: 11/20/2013) |
| 11/20/2013 | 223 | ORDER granting 214 Motion to Substitute Attorney.(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(sbutler, 4) (Entered: 11/20/2013) |
| 11/20/2013 | 224 | ORDER granting 215 Motion to Substitute Attorney.(Signed by Magistrate Judge Nancy K. Johnson.) Parties notified.(sbutler, 4) (Entered: 11/20/2013) |
| 11/20/2013 | | (Court only) ***Motions terminated 206 Opposed MOTION to Release Material Witnesses filed by Maria Hilda Duran Nava, Leticia Rosas Merino, Paula Martinez Perez, Maria Teresa Vasquez Ramos. Motion was terminated per entry 210 (sbutler, 4) (Entered: 11/20/2013) |
| 11/22/2013 | 225 | Minute Entry for Status Conference held before Magistrate Judge Nancy K. Johnson. Order to follow.Appearances: Ruben R Perez, Joe Magliolo, Stephen E Randall, Baltazar Salazar, Christian Navarro, Frank Aguilar, Ellis Munoz, Lourdes Rodriguez, Ali R Fazel, Thomas S Berg, Charles August Banker, III, Francisco Fernandez, John Riley Friesell, Mario Rojas Madrid, Christopher Goldsmith, Christopher Sharkey, David Richard Bires.(ERO:No) (Interpreter:No), filed.(sbutler, 4) (Entered: 11/22/2013) |
| 11/22/2013 | 226 | ORDER ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (sbutler, 4) (Entered: 11/22/2013) |
| 11/22/2013 | | Set/Reset Deadlines Motion to Designate due by 11/27/2013. Responses due 12/4/2013. (sbutler, 4) (Entered: 11/22/2013) |
| 11/27/2013 | 228 | MOTION to Take Deposition of Vicente Lozano and Luis Miguel Hernandes Mares by Abel Medeles as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Affidavit AffidavitInSupportofMaterialWitness, # 2 Proposed Order MaterialWitnessDepoOrder)(Madrid, Mario) (Entered: 11/27/2013) |
| 11/27/2013 | 229 | MOTION to Take Deposition of Material Witnesses by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 11/27/2013) |

| | | |
|---|---|---|
| 12/03/2013 | | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa re: 228 MOTION to Take Deposition of Vicente Lozano and Luis Miguel Hernandes Mares filed by Abel Medeles. (kcarr, 4) (Entered: 12/03/2013) |
| 12/04/2013 | 231 | RESPONSE to Motion by Maria Esther Casemiro as to Hortencia Medeles-Arguello re 229 MOTION to Take Deposition of Material Witnesses , filed.(Munoz, Ellis) (Entered: 12/04/2013) |
| 12/04/2013 | 232 | Opposed RESPONSE in Opposition by Maria Teresa Vasquez Ramos, Leticia Rosas Merino, Paula Martinez Perez as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa re 228 MOTION to Take Deposition of Vicente Lozano and Luis Miguel Hernandes Mares , filed. (Attachments: # 1 Proposed Order)(Navarro, Christian) (Entered: 12/04/2013) |
| 12/04/2013 | 233 | RESPONSE by Luis Miguel Hernandez Mares as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa re 228 MOTION to Take Deposition of Vicente Lozano and Luis Miguel Hernandes Mares *NO OBJECTION*, filed.(Randall, Stephen) (Entered: 12/04/2013) |
| 12/06/2013 | | **Terminate Hearings as to Hortencia Medeles-Arguello: 12/6/2013 4:00 p.m. hearing is CANCELLED. (kcarr, 4) (Entered: 12/06/2013) |
| 12/06/2013 | 235 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa held on 12/6/2013. The following motions were ruled on: 216 Unopposed MOTION to Certify Case as Complex , 234 MOTION for Javier O Martinez to Appear Pro Hac Vice, 228 MOTION to Take Deposition of Vicente Lozano and Luis Miguel Hernandes Mares , 184 Unopposed MOTION to Continue Trial and Scheduling Order , 229 MOTION to Take Deposition of Material Witnesses , 212 Unopposed MOTION to Continue Motions deadline, Pre-trial conference and Jury-Trial , 185 First MOTION to Continue Trial . Appearances:Ruben R Perez, Stephen E Randall, Baltazar Salazar, Christian Navarro, Frank Aguilar, Ellis Munoz, Ali R Fazel, Billy Ray Skinner, Thomas S Berg, Charles August Banker, III, Francisco Fernandez, E Matthew Leeper, Jr, Gerardo S Montalvo, John Riley Friesell, Mario Rojas Madrid, Christopher Goldsmith, JoAnne Marie Musick, Christopher Sharkey, Javier O Martinez, David Richard Bires.(Court Reporter: Sanchez) Dfts 1-3 and 5-12 remanded to custody Dfts 13,14 continued on bond.(kcarr, 4) (Entered: 12/06/2013) |
| 12/06/2013 | 236 | Unopposed MOTION to Release Material Witnesses by Lila Lizeth Diarte Moreno as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order)(Rodriguez, Lourdes) (Entered: 12/06/2013) |
| 12/06/2013 | 237 | |

| | | |
|---|---|---|
| | | Excludable Delay Order as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa ( Signed by Judge Ewing Werlein, Jr) Parties notified. (kcarr, 4) (Entered: 12/06/2013) |
| 12/06/2013 | 238 | AMENDED DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa. ETT:2 weeks: Dispositive Motion Filing due by 2/7/2014. Non-Dispositive Motion Filing due by 2/7/2014. Responses due by 2/21/2014. Pretrial Conference set for 3/7/2014 at 10:45 AM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 6/2/2014 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr(Signed by Judge Ewing Werlein, Jr) Parties notified. (kcarr, 4) (Entered: 12/06/2013) |
| 12/06/2013 | | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa re: 236 Unopposed MOTION to Release Material Witness filed by Lila Lizeth Diarte Moreno; this motion is moot as material witness was ordered discharged in 235 Pretrial Conference Minutes. (kcarr, 4) (Entered: 12/06/2013) |
| 12/06/2013 | 240 | MOTION to Release Material Witnesses by Maria Teresa Vasquez Ramos, Leticia Rosas Merino, Paula Martinez Perez as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Attachments: # 1 Proposed Order)(Navarro, Christian) (Entered: 12/06/2013) |
| 12/06/2013 | | (Court only) ***Set Flags as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa - COMPLEX flag set. (kcarr, 4) (Entered: 12/09/2013) |
| 12/06/2013 | | (Court only) 12/6/2013 2:03 PM copy of 235 Pretrial Conference Minute Entry Order forwarded to USM via email re: Material Wits; receipt acknowledged by USM at 2:04 PM on 12/6/2013. (kcarr, 4) (Entered: 12/09/2013) |
| 12/09/2013 | | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa re: 240 MOTION to Release Material Witnesses filed by Leticia Rosas Merino, Paula Martinez Perez, Maria Teresa Vasquez Ramos; Motion is moot as Material Witnesses were ordered DISCHARGED at the 235 Pretrial Conference. (kcarr, 4) (Entered: 12/09/2013) |
| 12/12/2013 | 243 | RETURN of Process Receipt Executed on 10/15/13 to US Marshal's Service as to Hortencia Medeles-Arguello, filed. (smurdock, 4) Modified on 12/13/2013 (smurdock, 4). (Entered: 12/13/2013) |
| 01/06/2014 | 246 | |

| | | |
|---|---|---|
| | | RETURN of Process Receipt Executed on 12/16/2013 to Harris County Clerk as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (dnoriega, 1) (Entered: 01/13/2014) |
| 01/17/2014 | | (Court only) CJA 20 re: Material Witness Paula Martinez Perez as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Christian Navarro Voucher # 140105000180 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 01/21/2014) |
| 01/18/2014 | | (Court only) CJA 20 re: Material Witness Leticia Romas Merino as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Christian Navarro Voucher # 140106000133 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 01/21/2014) |
| 01/18/2014 | | (Court only) CJA 20 re: Material Witness Maria Teresa Vasquez Ramos as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Christian Navarro Voucher # 140106000171 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 01/21/2014) |
| 01/18/2014 | | (Court only) CJA 20 re: Material Witness Ana Karin Gutierrez Texis as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Christian Navarro Voucher # 140106000173 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 01/21/2014) |
| 01/18/2014 | | (Court only) CJA 20 re: Material Witness Maria Hilda Duran Neva as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Christian Navarro Voucher # 140106000128 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 01/21/2014) |
| 02/25/2014 | | (Court only) CJA 20 re: Material Witness Lorenzo Castillo as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Stephen Randall Voucher # 140224000176 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 02/26/2014) |

| | | |
|---|---|---|
| 03/05/2014 | | (Court only) CJA 20 re: Material Witness Vicente Lozano as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Stephen Randall Voucher # 140304000126 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 03/05/2014) |
| 03/05/2014 | | (Court only) CJA 20 re: Material Witness Luis Hernandez Mares as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Stephen Randall Voucher # 140304000134 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 03/05/2014) |
| 03/05/2014 | | (Court only) CJA 20 re: Material Witness Luz Mery Orsono as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Stephen Randall Voucher # 140304000124 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 03/05/2014) |
| 03/05/2014 | | (Court only) CJA 20 re: Material Witness Alan Cortes as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa: Authorization to Pay Stephen Randall Voucher # 140304000117 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (cfelchak, 4) (Entered: 03/05/2014) |
| 03/07/2014 | 254 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo (appearance waived upon motion by counsel), Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa held on 3/7/2014. Dft's 247 Unopposed MOTION for Extension of Time to File Pretrial Motions and to Reschedule the Pretrial Conference Date, and Dft's 248 Unopposed MOTION for Extension of Time to File *Defendant's* Pre-trial motions are GRANTED. A Joint Status Report is due by 4/15/2014. Appearances: Ruben R Perez, Ali R Fazel, Billy Ray Skinner, Thomas S Berg, Charles August Banker, III, Francisco Fernandez, Gerardo S Montalvo, John Riley Friesell, Mario Rojas Madrid, R Christopher Goldsmith, Christopher Sharkey, Javier O. Martinez.(Court Reporter: Metzger) (Interpreter:yes) Dfts 1-3 and 5-12 remanded to custody Dfts 13, 14 continued on bond.(kcarr, 4) (Entered: 03/07/2014) |
| 03/07/2014 | 255 | AMENDED DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa. ETT:2 weeks: Dispositive Motion Filing due by 5/7/2014. Non-Dispositive Motion Filing due by 5/7/2014. Responses due by 5/21/2014. Jury Questions and Jury Charge due by 6/13/2014 Pretrial Conference set for 6/13/2014 at 11:15 AM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 9/8/2014 |

| | | |
|---|---|---|
| | | at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr) Parties notified. (kcarr, 4) (Entered: 03/07/2014) |
| 04/15/2014 | <u>262</u> | MOTION for Status *Report* by Graciela Medeles Ochoa as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, filed. (Bires, David) (Entered: 04/15/2014) |
| 04/16/2014 | <u>263</u> | ORDER Enlarging Time as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa Signed by Judge Ewing Werlein, Jr) Parties notified. (gkelner, 4) (Entered: 04/16/2014) |
| 04/16/2014 | <u>264</u> | DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa. ETT:2 Weeks: Speedy Trial Limits Waived? y: Non-Dispositive Motion Filing due by 6/9/2014. Responses due by 6/23/2014. Pretrial Conference set for 7/11/2014 at 10:45 AM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 9/8/2014 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr) Parties notified. (gkelner, 4) (Entered: 04/16/2014) |
| 06/09/2014 | <u>273</u> | Unopposed MOTION to Adopt Motions of Other Defendants , Unopposed MOTION to Adopt Objections of Co-Defendants by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 06/09/2014) |
| 06/09/2014 | <u>274</u> | Unopposed MOTION for Preservation of Evidence by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 06/09/2014) |
| 06/09/2014 | <u>276</u> | Unopposed MOTION for Pretrial Notice of 404(b) Evidence by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 06/09/2014) |
| 07/08/2014 | | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa re: <u>262</u> MOTION for Status *Report* filed by Graciela Medeles Ochoa. (gkelner, 4) (Entered: 07/08/2014) |
| 07/11/2014 | <u>291</u> | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Jorge Antonio Teloxa-Barbosa, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa held on 7/11/2014 Appearances: Ruben R Perez, Ali R Fazel, Elizabeth McDill Stukes, Thomas S Berg, Charles August Banker, III, Gerardo S Montalvo, John Riley Friesell, Mario Rojas Madrid, R Christopher Goldsmith, JoAnne Marie Musick, Christopher Sharkey, David Richard Bires.(Court Reporter: Hall) (Interpreter:Y) Defts remanded to 1-3, 5, 8-12 Defts continued on 13 and 14, filed.(gkelner, 4) (Entered: 07/11/2014) |
| 08/13/2014 | <u>306</u> | Joint MOTION to Continue by Hortencia Medeles-Arguello as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana |

| | | |
|---|---|---|
| | | Medeles Garcia, Graciela Medeles Ochoa, filed. (Fazel, Ali) (Entered: 08/13/2014) |
| 08/18/2014 | 307 | AMENDED DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Jorge Antonio Teloxa-Barbosa, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa. ETT:2 weeks: Speedy Trial Limits Waived? y: Pretrial Conference set for 10/3/2014 at 11:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 10/20/2014 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr) Parties notified. (gkelner, 4) (Entered: 08/19/2014) |
| 10/03/2014 | 332 | United States NOTICE of Forfeiture of Additional Properties Subject to Forfeiture by USA as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia, filed. (wbostic, 4) (Entered: 10/03/2014) |
| 10/03/2014 | 333 | AMENDED DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia. ETT:2 Weeks: Jury Trial set for 1/5/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr (Signed by Judge Ewing Werlein, Jr) Parties notified. (wbostic, 4) (Entered: 10/03/2014) |
| 10/03/2014 | 335 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa held on 10/3/2014 Jury Trial reset for 1/5/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr. Appearances:Joe Magliolo - AUSA. Ruben R Perez, Ali R Fazel, Billy Ray Skinner, Elizabeth McDill Stukes, John Riley Friesell, Christopher Sharkey, David Richard Bires. (Court Reporter: Dye) (Interpreter:Yes) Defts remanded to 1, 2, 3, 8, 9, 12. Defts continued on 13, 14, filed. (wbostic, 4) (Entered: 10/07/2014) |
| 10/16/2014 | | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia re: 331 Joint MOTION to Continue Trial filed by Delia Diaz. (gkelner, 4) (Entered: 10/16/2014) |
| 11/26/2014 | 372 | Unopposed MOTION to Continue Trial by USA as to Hortencia Medeles-Arguello, filed. (Attachments: # 1 Proposed Order)(Perez, Ruben) (Entered: 11/26/2014) |
| 12/03/2014 | 374 | NOTICE OF SETTING as to Hortencia Medeles-Arguello. Motion Hearing set for 372 Unopposed MOTION to Continue Trial on 12/12/2014 at 10:45 AM in Courtroom 11D before Judge Ewing Werlein, Jr, filed. (gkelner, 4) (Entered: 12/03/2014) |
| 12/12/2014 | 400 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: MOTION HEARING as to Hortencia Medeles-Arguello held on 12/12/2014 Granting 372 Unopposed MOTION to Continue Trial Appearances:Joe Magliolo, AUSA. Ruben R Perez, Ali R Fazel.(Court Reporter: Metzger) (Interpreter:yes) Deft remanded to custody, filed.(gkelner, 4) (Entered: 12/12/2014) |
| 12/12/2014 | 411 | |

| | | |
|---|---|---|
| | | AMENDED DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello. ETT:6 days: Speedy Trial Limits Waived? yes: Motion Filing due by 1/6/2015. Responses due by 1/9/2015. Pretrial Conference set for 1/16/2015 at 11:30 AM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 2/17/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr) Parties notified. (gkelner, 4) (Entered: 12/12/2014) |
| 12/15/2014 | 412 | MAIL RETURNED UNDELIVERABLE re: 377 sent to Alan Cortes as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia, filed. (hledwig, 6) Modified on 1/22/2015 - Clerk notes attempted contact on 12/15/2014 with attorney Stephen Randall for Alan Cortes to obtain new address, no return phone call(hledwig, 6). (Entered: 12/15/2014) |
| 01/14/2015 | 419 | SUPERSEDING INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Hortencia Medeles-Arguello (1) count(s) 1s, 2s, 3s, 4s-5s, 6s, filed. (glyons, 4) (Entered: 01/15/2015) |
| 01/14/2015 | 420 | US Attys Criminal Docket Sheet as to Hortencia Medeles-Arguello, filed.(glyons, 4) (Entered: 01/15/2015) |
| 01/14/2015 | 421 | ORDER for Issuance of Notice of Superseding Indictment as to Hortencia Medeles-Arguello. ( Signed by Magistrate Judge Mary Milloy) Parties notified. (glyons, 4) (Entered: 01/15/2015) |
| 01/15/2015 | 422 | NOTICE OF SETTING as to Hortencia Medeles-Arguello - regarding 419 Superseding Indictment. Arraignment set for 1/21/2015 at 10:00 AM in Courtroom 703 before Magistrate Judge Stephen Smith, filed.(glyons, 4) (Entered: 01/15/2015) |
| 01/15/2015 | 423 | NOTICE OF RESETTING as to Hortencia Medeles-Arguello. Pretrial Conference set for 1/23/2015 at 11:45 AM in Courtroom 11D before Judge Ewing Werlein, Jr, filed. (sbyrum, 4) (Entered: 01/15/2015) |
| 01/21/2015 | 429 | ARRAIGNMENT Minute Entry for proceedings held on 1/21/2015 before Magistrate Judge Stephen Smith as to Hortencia Medeles-Arguello (1) Deft enters a plea of Not Guilty on Count(s) 1,1s,2,2s,3-4,3s,4s-5s,5,6,6s,7. Defendant appeared with counsel. Scheduling order already in place. Appearances: AUSA Suzanne Elmilady f/USA; Ali Fazel (CJA) f/Deft.(ERO: S Guevera) (Interpreter: Yes) (Pretrial Officer: D Hernandez), Defendant remanded to custody, filed.(kmurphyadi, 4) (Entered: 01/22/2015) |
| 01/23/2015 | 430 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello held on 1/23/2015. Amended Docket Control Order to Follow. Appearances: Ruben R Perez and Joe Magliolo - AUSA, Ali R Fazel - Deft.(Court Reporter: Sanchez) (Interpreter:Yes) Deft remanded to Custody, filed.(sbyrum, 4) (Entered: 01/23/2015) |
| 01/23/2015 | 431 | Amended Docket Control Order as to Hortencia Medeles-Arguello Final Pretrial Conference set for 2/6/2015 at 11:30 AM in Courtroom 11D before Judge Ewing Werlein, Jr Jury Trial set for 2/17/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr( Signed by Judge Ewing Werlein, Jr) Parties notified. (sbyrum, 4) (Entered: 01/23/2015) |
| 01/27/2015 | 434 | Minute Entry Order for proceedings held before Judge Ewing Werlein, Jr: TELEPHONE CONFERENCE as to Hortencia Medeles-Arguello held on 1/27/2015. Appearances: |

| | | |
|---|---|---|
| | | Ruben R Perez and Joe Magliolo - AUSA, Ali R Fazel-DEFT., filed.(sbyrum, 4) (Entered: 01/27/2015) |
| 02/03/2015 | 435 | NOTICE OF RESETTING as to Hortencia Medeles-Arguello. Final Pretrial Conference set for 2/13/2015 at 11:30 AM in Courtroom 11D before Judge Ewing Werlein, Jr, filed. (marflores, 4) (Entered: 02/03/2015) |
| 02/06/2015 | 436 | NOTICE OF RESETTING as to Hortencia Medeles-Arguello.. Jury Trial set for 2/24/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr, filed.(marflores, 4) (Entered: 02/06/2015) |
| 02/11/2015 | 438 | NOTICE OF RESETTING as to Hortencia Medeles-Arguello. Final Pretrial Conference set for 2/13/2015 at 11:45 AM in Courtroom 11D before Judge Ewing Werlein, Jr, filed. (marflores, 4). (Entered: 02/11/2015) |
| 02/13/2015 | 439 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello held on 2/13/2015. Final Pretrial Conference set for 3/27/2015 at 11:30 AM in Courtroom 11D before Judge Ewing Werlein, Jr. Jury Selection and Trial set for 4/6/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr. Appearances: Ruben R Perez and Joe Maggiolo - AUSA, Ali R Fazel for Deft. (Court Reporter: K. Metzger). (Interpreter:Yes). Deft remanded to Custody, filed. (marflores, 4). (Entered: 02/13/2015) |
| 02/13/2015 | 440 | AMENDED DOCKET CONTROL ORDER as to Hortencia Medeles-Arguello. ETT:10 days. Final Pretrial Conference set for 3/27/2015 at 11:30 AM in Courtroom 11D before Judge Ewing Werlein, Jr. Jury Trial set for 4/6/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr. (Signed by Judge Ewing Werlein, Jr). Parties notified. (marflores, 4). (Entered: 02/13/2015) |
| 03/26/2015 | 442 | MOTION for Notice of Govt Intent to Use Evidence *Fed. R. Ev. 404(b) and 609* by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben) (Entered: 03/26/2015) |
| 03/26/2015 | 443 | Amended MOTION for Notice of Govt Intent to Use Evidence *Fed.R.Ev.404(b) and 609* by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben) (Entered: 03/26/2015) |
| 03/27/2015 | 444 | Minute Entry for proceedings held before Judge Ewing Werlein, Jr: FINAL PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello held on 3/27/2015. JURY SELECTION/TRIAL to being on April 6, 2015 at 9:00 a.m. Appearances: Ruben R Perez and Joe Maggiolo (AUSA), Ali R Fazel for Deft. (Court Reporter: B. Slavin). (Interpreter:Yes). Deft remanded to Custody, filed. (marflores, 4). (Entered: 03/27/2015) |
| 03/30/2015 | 445 | Sealed Event, filed. (With attachments) (Entered: 03/30/2015) |
| 03/31/2015 | 446 | Sealed Event, filed. (With attachments) (Entered: 03/31/2015) |
| 04/01/2015 | 447 | Proposed Voir Dire by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben) (Entered: 04/01/2015) |
| 04/01/2015 | 448 | NOTICE to all counsel regarding courtroom location. JURY SELECTION/JURY TRIAL scheduled to begin on 4/6/2015 will be held in COURTROOM 9B as to Hortencia Medeles-Arguello, filed. (marflores, 4). (Entered: 04/01/2015) |
| 04/01/2015 | 449 | NOTICE OF COURTROOM LOCATION as to Hortencia Medeles-Arguello. Jury Selection and Jury Trial set for 4/6/2015 at 09:00 AM in COURTROOM 9B before Judge Ewing Werlein, Jr, filed. (marflores, 4). (Entered: 04/01/2015) |
| 04/01/2015 | 450 | |

| | | |
|---|---|---|
| | | Proposed Voir Dire by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 04/01/2015) |
| 04/02/2015 | 451 | Sealed Order, filed. (Entered: 04/02/2015) |
| 04/02/2015 | 452 | Sealed Order, filed. (Entered: 04/02/2015) |
| 04/03/2015 | 453 | EXHIBIT LIST by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben) (Entered: 04/03/2015) |
| 04/03/2015 | 454 | WITNESS LIST by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben) (Entered: 04/03/2015) |
| 04/03/2015 | 455 | Proposed Jury Instructions by USA as to Hortencia Medeles-Arguello, filed. (Magliolo, Joseph) (Entered: 04/03/2015) |
| 04/05/2015 | 456 | Opposed MOTION in Limine by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 04/05/2015) |
| 04/06/2015 | 457 | Notice of Appearance filed.(Smith, Lewis) Modified on 4/6/2015 (rosaldana, 4). (Entered: 04/06/2015) |
| 04/06/2015 | 458 | NOTICE OF RESETTING as to Hortencia Medeles-Arguello. Jury Selection and Jury Trial is RESET to 4/13/2015 at 09:00 AM in Courtroom 11D before Judge Ewing Werlein, Jr, filed. (marflores, 4). (Entered: 04/06/2015) |
| 04/09/2015 | 472 | NOTICE OF COURTROOM LOCATION as to Hortencia Medeles-Arguello. JURY SELECTION will be held in COURTROOM 11B on 4/13/2015 at 09:00 AM before Judge Ewing Werlein, Jr, filed. (marflores, 4) (Entered: 04/09/2015) |
| 04/09/2015 | 473 | Sealed Event, filed. (Entered: 04/09/2015) |
| 04/09/2015 | 474 | Opposed MOTION for Disclosure *of Confidential Sources* by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 04/09/2015) |
| 04/09/2015 | 475 | Sealed Event, filed. (With attachments) (Entered: 04/09/2015) |
| 04/09/2015 | 476 | Amended MOTION in Limine by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 04/09/2015) |
| 04/10/2015 | 477 | MOTION in Limine by USA as to Hortencia Medeles-Arguello, filed. (Attachments: # 1 Proposed Order)(Perez, Ruben) (Entered: 04/10/2015) |
| 04/10/2015 | 478 | MOTION for Notice of Govt Intent to Use Evidence *Experts* by USA as to Hortencia Medeles-Arguello, filed. (Perez, Ruben) (Entered: 04/10/2015) |
| 04/12/2015 | 479 | Opposed MOTION to Dismiss Count(s) *Six of the Superseding Indictment* by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 04/12/2015) |
| 04/13/2015 | 480 | ORDER granting 273 Motion to Adopt Motion of Other Defendants as to Hortencia Medeles-Arguello (1); granting 273 Motion to Adopt Objections of Co-Defendants as to Hortencia Medeles-Arguello (1).(Signed by Judge David Hittner.) Parties notified.(ealexander, 4) (Entered: 04/14/2015) |
| 04/13/2015 | 481 | ORDER granting 274 Motion for Preservation of Evidence as to Hortencia Medeles-Arguello (1).(Signed by Judge David Hittner.) Parties notified.(ealexander, 4) (Entered: 04/14/2015) |
| 04/13/2015 | 482 | |

| | | |
|---|---|---|
| | | ORDER granting 276 Motion for Pretrial Notice of 404(b) Evidence as to Hortencia Medeles-Arguello (1).(Signed by Judge David Hittner.) Parties notified.(ealexander, 4) (Entered: 04/14/2015) |
| 04/13/2015 | 483 | Sealed Order, filed. (Additional attachment(s) added on 4/14/2015: # 1 Continuation ORder) (ealexander, 4). (Entered: 04/14/2015) |
| 04/13/2015 | 484 | Minute Entry for proceedings held before Judge David Hittner: PRETRIAL CONFERENCE as to Hortencia Medeles-Arguello held on 4/13/2015 granting and denying as state on the record 442 MOTION for Notice of Govt Intent to Use Evidence *Fed. R. Ev. 404(b) and 609*, 476 Amended MOTION in Limine , 443 Amended MOTION for Notice of Govt Intent to Use Evidence *Fed.R.Ev.404(b) and 609*, 479 Opposed MOTION to Dismiss Count(s) *Six of the Superseding Indictment*, 478 MOTION for Notice of Govt Intent to Use Evidence *Experts*, 477 MOTION in Limine , 474 Opposed MOTION for Disclosure *of Confidential Sources*, 456 Opposed MOTION in Limine Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/14/2015) |
| 04/13/2015 | 485 | Minute Entry for proceedings held before Judge David Hittner: 1st DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/13/2015. Testimony taken. Jury trial held and continued to April 14, 2015 at 11:30 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/14/2015) |
| 04/14/2015 | 486 | Minute Entry for proceedings held before Judge David Hittner: Second DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/14/2015. Testiony taken. Jury trial held and continued to April 15, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Dachman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/15/2015) |
| 04/15/2015 | 487 | Minute Entry for proceedings held before Judge David Hittner: Third DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/15/2015. Testimony taken. Jury trial held and continued to April 16, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/16/2015) |
| 04/16/2015 | 488 | Minute Entry for proceedings held before Judge David Hittner: Fourth DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/16/2015. Testimoy taken. Jury trial held and continued to April 17, 2015 at 9:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/17/2015) |
| 04/17/2015 | 489 | Minute Entry for proceedings held before Judge David Hittner: Fifth DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/17/2015 Testimony taken. Jury trial held and continued to April 20, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/17/2015) |
| 04/17/2015 | 490 | ORDER that the Clerk of the Court will provide lunch for the jury as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 04/17/2015) |
| 04/17/2015 | 491 | CJA 20 for Material Witness Juan Cepeda: Appointment of Attorney Lourdes Rodriguez as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 04/20/2015) |

| 04/17/2015 | 492 | CJA 20 for Material Witness Juan Carlos Munoz: Appointment of Attorney James Madison Ardoin for Juan Carlos Munoz as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 04/20/2015) |
| --- | --- | --- |
| 04/17/2015 | | Attorney update in case as to Hortencia Medeles-Arguello. Attorney Lourdes Rodriguez for Juan Cepeda added. (ealexander, 4) (Entered: 04/20/2015) |
| 04/20/2015 | 493 | Minute Entry for proceedings held before Judge David Hittner: Sixth DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/20/2015. Testimony taken. Jury trial held and continued to April 21, 2015 at 1:30 p.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/21/2015) |
| 04/21/2015 | 494 | Minute Entry for proceedings held before Judge David Hittner: Seventh DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/21/2015. Testimony taken. Government rests and Defendant rests. Defendant's Rule 29 Motion heard and denied. Closing arguments set for April 23, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/21/2015) |
| 04/22/2015 | 495 | ORDER OF TRANSFER as to Defendant Hortencia Medeles-Arguello ONLY by agreement of the Judges. (Signed by Judge Ewing Werlein, Jr) Parties notified. (marflores, 4) (Entered: 04/22/2015) |
| 04/22/2015 | 496 | Minute Entry for proceedings held before Judge David Hittner: Eighth DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/22/2015. Charge Conference held on the record. Jury Charge and Jury Deliberations set for April 23, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/23/2015) |
| 04/23/2015 | 497 | Certificate of Exhibits to the Jury as to Hortencia Medeles-Arguello, filed. (ealexander, 4) (Entered: 04/23/2015) |
| 04/23/2015 | 498 | Jury Note #1 as to Hortencia Medeles-Arguello, filed. (ealexander, 4) (Entered: 04/23/2015) |
| 04/23/2015 | 499 | Minute Entry for proceedings held before Judge David Hittner: Ninth DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/23/2015 Closing Arguments held. Jury deliberations held and continued to April 24, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/24/2015) |
| 04/23/2015 | 500 | ORDER that the Clerk of the Court will provide lunch for the deliberating jury on April 23, 2015 as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 04/24/2015) |
| 04/24/2015 | 501 | Minute Entry for proceedings held before Judge David Hittner: Tenth DAY OF JURY TRIAL as to Hortencia Medeles-Arguello held on 4/24/2015 Jury deliberations held. Jury Verdict: Defendant found guilty on Counts 1-6. Sentencing set for July 22, 2015 at 10:00 a.m. Appearances: Ruben R Perez, Joe Magliolo, Ali R Fazel.(Court Reporter: Laura Wells) (Interpreter:G. Daichman) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 04/28/2015) |
| 04/24/2015 | 502 | Court's Instruction to the Jury as to Hortencia Medeles-Arguello, filed. (ealexander, 4) (Entered: 04/28/2015) |

| | | |
|---|---|---|
| 04/24/2015 | 503 | JURY VERDICT as to Hortencia Medeles-Arguello (1) Guilty on Count 1s,2s,3s,4s-5s,6s, filed. (ealexander, 4) (Entered: 04/28/2015) |
| 04/24/2015 | 504 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Hortencia Medeles-Arguello. PSI Completion due by 6/15/2015 Objection to PSI due by 6/29/2015 Final PSI due by 7/13/2015 Sentencing set for 7/22/2015 at 10:00 AM in Courtroom 8A before Judge David Hittner ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) Modified on 5/6/2015 (ealexander, 4). (Entered: 04/28/2015) |
| 04/24/2015 | 505 | EXHIBIT LIST by USA as to Hortencia Medeles-Arguello, filed. (ealexander, 4) (Entered: 04/28/2015) |
| 04/24/2015 | | All trial exhibits returned to both the government and the defense attorney for retention pending appeal as to Hortencia Medeles-Arguello:, filed. (ealexander, 4) (Entered: 04/28/2015) |
| 04/24/2015 | | **Terminate Deadlines and Hearings as to Hortencia Medeles-Arguello: (ealexander, 4) (Entered: 05/06/2015) |
| 05/01/2015 | 506 | AO 435 TRANSCRIPT ORDER FORM by Lewis Smith. This is to order a partial transcript from hearing held 4/16/2015 before Judge David Hittner (Original). Court Reporter: L. Wells, filed (pcrawford, 4) (Entered: 05/01/2015) |
| 05/07/2015 | 508 | TRANSCRIPT as to Hortencia Medeles-Arguello re: Excerpt of Trial - Araceli Lucas Texis held on 04/16/2015 before Judge David Hittner.Court Reporter/Transcriber LWells. Ordering Party Lewis Smith Release of Transcript Restriction set for 8/5/2015., filed. (lwells, ) (Entered: 05/07/2015) |
| 05/07/2015 | 509 | Sealed Event, filed. (With attachments) (Entered: 05/07/2015) |
| 05/07/2015 | 511 | Sealed Order, filed. (Entered: 05/08/2015) |
| 05/07/2015 | 512 | AO 435 TRANSCRIPT ORDER FORM (ordinary) by Ruben Perez, AUSA. This is to order a transcript of Testimony of Isidra Fuentes held on April 13-24, 2015 before Judge Ewing Werlein, Jr (original). Court Reporter/Transcriber: L. Wells. (yhausmann, 6) (Entered: 05/08/2015) |
| 05/07/2015 | 513 | AO 435 TRANSCRIPT ORDER FORM by Ruben Perez. This is to order a transcript of Testimony of Marcella Rodriguez held on 4/13/2015 - 4/24/15 before Judge David Hittner (original). Court Reporter/Transcriber: Laura Wells, filed. (lusmith, 3) (Entered: 05/08/2015) |
| 05/07/2015 | 514 | AO 435 TRANSCRIPT ORDER FORM by Ruben Perez. This is to order a transcript of Jury Trial Witness Testimony of Rocio Antonio held on 4/16/15 before Judge David Hittner (original). Court Reporter/Transcriber: Laura Wells, filed. (dmorales, 5) (Entered: 05/08/2015) |
| 05/08/2015 | 510 | Notice of Filing of Official Transcript as to 508 Transcript,. Party notified, filed. (hcarr, 4) (Entered: 05/08/2015) |
| 05/12/2015 | | **Terminate Deadlines and Hearings as to Hortencia Medeles-Arguello: (ealexander, 4) (Entered: 05/14/2015) |
| 05/12/2015 | 515 | Order Resetting Sentencing as to Defendant Hortencia Medeles-Arguello. Sentencing reset for 9/8/2015 at 02:00 PM in Courtroom 8A before Judge David Hittner ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 05/14/2015) |

| | | |
|---|---|---|
| 05/20/2015 | 516 | TRANSCRIPT as to Hortencia Medeles-Arguello re: Testimony of Isidra Fuentes held on April 15, 2015 before Judge David Hittner.Court Reporter/Transcriber Laura Wells. Ordering Party Ruben Perez Release of Transcript Restriction set for 8/18/2015., filed. (lwells, ) (Entered: 05/20/2015) |
| 05/20/2015 | 517 | TRANSCRIPT as to Hortencia Medeles-Arguello re: Testimony of Marcela Rodriguez held on April 15, 2015 before Judge David Hittner.Court Reporter/Transcriber Laura Wells. Ordering Party Ruben Perez Release of Transcript Restriction set for 8/18/2015., filed. (lwells, ) (Entered: 05/20/2015) |
| 05/20/2015 | 518 | TRANSCRIPT as to Hortencia Medeles-Arguello re: Testimony of Rocio Antonio held on April 16, 2015 before Judge David Hittner.Court Reporter/Transcriber Laura Wells. Ordering Party Ruben Perez Release of Transcript Restriction set for 8/18/2015., filed. (lwells, ) (Entered: 05/20/2015) |
| 05/20/2015 | 519 | TRANSCRIPT as to Hortencia Medeles-Arguello re: Testimony of Rubicelio Martinez held on April 15, 2015 before Judge David Hittner.Court Reporter/Transcriber Laura Wells. Ordering Party Ruben Perez Release of Transcript Restriction set for 8/18/2015., filed. (lwells, ) (Entered: 05/20/2015) |
| 05/21/2015 | 520 | Notice of Filing of Official Transcript as to 517 Transcript, 516 Transcript, 519 Transcript, 518 Transcript,. Party notified, filed. (jdav, 4) (Entered: 05/21/2015) |
| 05/27/2015 | 521 | Statement of Redaction - Transcript in case as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia re 508 Transcript, filed by attorney Lewis Alfred Smith, filed.(Smith, Lewis) (Entered: 05/27/2015) |
| 06/04/2015 | | (Court only) CJA 20 as to Hortencia Medeles-Arguello: Authorization to Pay Ali Fazel Voucher # 150602000020 (Signed by Judge David Hittner) (mewilliams, 4) (Entered: 07/07/2015) |
| 06/09/2015 | | (Court only) CJA 21 as to Hortencia Medeles-Arguello: Authorization to Pay Equivalent DATA Voucher # 150609000022. (Signed by Judge David Hittner) (mewilliams, 4) (Entered: 06/12/2015) |
| 06/09/2015 | | (Court only) CJA 21 as to Hortencia Medeles-Arguello: Authorization to Pay Fernanda Brady Voucher # 150609000020. (Signed by Judge David Hittner) (mewilliams, 4) (Entered: 07/07/2015) |
| 07/29/2015 | 526 | as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia, filed. (Attachments: # 1 Proposed Order Proposed Order on Motion to Approve Statement of Redaction)(Smith, Lewis) (Entered: 07/29/2015) |
| 08/04/2015 | 537 | ORDER granting Motion to Approve Statement of Redaction as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 08/05/2015) |
| 08/05/2015 | 541 | Redaction re 508 Transcript, in case as to Hortencia Medeles-Arguello, filed. (lwells, ) (Entered: 08/05/2015) |

| | | |
|---|---|---|
| 08/06/2015 | | **Terminate Transcript Release Deadline as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia: (dhansen, 4) (Entered: 08/06/2015) |
| 08/07/2015 | 549 | Unopposed MOTION for Extension of Time to File Objections to the Presentence Investigation Report, Unopposed MOTION to Continue Sentencing by Hortencia Medeles-Arguello, filed. (Fazel, Ali) (Entered: 08/07/2015) |
| 08/10/2015 | 550 | Unopposed MOTION for Order of Forfeiture *(Preliminary Order of Forfeiture)* by USA as to Hortencia Medeles-Arguello, filed. (Attachments: # 1 Exhibit A - Agent's Background, # 2 Exhibit B - Waiver of Interest, # 3 Proposed Order)(Carroll, Eric) (Entered: 08/10/2015) |
| 08/12/2015 | 554 | PRELINIARY ORDER DIRECTING FORFEITURE OF PROPERTY as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 08/13/2015) |
| 08/13/2015 | | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello re: 549 Unopposed MOTION for Extension of Time to File Objections to the Presentence Investigation ReportUnopposed MOTION to Continue Sentencing filed by Hortencia Medeles-Arguello., **Terminate Deadlines and Hearings as to Hortencia Medeles-Arguello: (ealexander, 4) (Entered: 08/13/2015) |
| 08/13/2015 | 555 | Order Resetting Sentencing as to Defendant Hortencia Medeles-Arguello only. Sentencing set for 11/10/2015 at 02:00 PM in Courtroom 8A before Judge David Hittner. Counsel will file objections to the PSIR or a statement of no objection no later than October 20, 2015; The Probation Office will submit the final FSIR with addendum by November 3, 2015. ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 08/13/2015) |
| 08/14/2015 | 558 | AO 435 TRANSCRIPT ORDER FORM by Gary Tabakman. This is to order a transcript of Testimony held on 4/20/2015 before Judge David Hittner (Original/EXPEDITED)., filed. (mmarquez, 5) (Entered: 08/14/2015) |
| 09/10/2015 | 608 | Sealed Event, filed. (Entered: 09/10/2015) |
| 09/10/2015 | 615 | Sealed Event, filed. (Entered: 09/10/2015) |
| 09/16/2015 | 633 | ORDER GRANTING 625 Motion as to Diana Medeles Garcia (13). (Signed by Judge Ewing Werlein, Jr.) Parties notified. (marflores, 4) (Entered: 09/16/2015) |
| 09/18/2015 | 641 | as to Hortencia Medeles-Arguello, filed. (Attachments: # 1 Declaration of Publication)(Carroll, Eric) (Entered: 09/18/2015) |
| 10/14/2015 | 679 | TRANSCRIPT as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia re: Excerpt of Trial, Testimony of Diana Garcia and David Garcia held on 4-21-15 before Judge David Hittner.Court Reporter/Transcriber Laura Wells. Ordering Party Christopher Sharkey Release of Transcript Restriction set for 1/12/2016., filed. (lwells, ) (Entered: 10/14/2015) |
| 10/15/2015 | 681 | Notice of Filing of Official Transcript as to 679 Transcript,,. Party notified, filed. (hcarr, |

| | | |
|---|---|---|
| | | 4) (Entered: 10/15/2015) |
| 10/20/2015 | <u>688</u> | Statement of No Objections to PSR (Sealed) by USA as to Hortencia Medeles-Arguello, filed. (Entered: 10/20/2015) |
| 10/29/2015 | | (Court only) CJA 20 Authorization to Pay Lourdes Rodriguez re: Material Witness Elizabeth Martin Matias Voucher # 0541.0000177, Material Witness Senorina Cabanzo Carrera Voucher #0541.0000175, Material Witness Angelica Lopez-Leon Voucher # 0541.0000174, Material Witness Lila Lizeth Diarte-Moreno Voucher #0541.0000173, Material Witness Juan Cepeda Voucher # 0541.0000171, Material Witness Ana Laura Melendez Mendieta Voucher # 0541.0000171 ( Signed by Judge Ewing Werlein, Jr) Parties notified. (hcarr, 4) (Entered: 10/29/2015) |
| 10/30/2015 | | **Terminate Deadlines and Hearings as to Hortencia Medeles-Arguello: (ealexander, 4) (Entered: 10/30/2015) |
| 10/30/2015 | <u>703</u> | Order Resetting Sentencing as to Defendant Medeles-Arguello only. Sentencing set for 11/23/2015 at 03:00 PM in Courtroom 8A before Judge David Hittner ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 10/30/2015) |
| 11/12/2015 | <u>725</u> | Revised Presentence Investigation Report (Sealed) as to Hortencia Medeles-Arguello, filed. (njanice, 4) (Entered: 11/12/2015) |
| 11/12/2015 | <u>726</u> | Sealed Addendum to <u>725</u> Final Presentence Investigation Report (Sealed) as to Hortencia Medeles-Arguello, filed. (njanice, 4) (Entered: 11/12/2015) |
| 11/12/2015 | <u>727</u> | Confidential Sentencing Recommendation(Sealed) regarding Hortencia Medeles-Arguello, filed. (njanice, 4) (Entered: 11/12/2015) |
| 11/13/2015 | <u>729</u> | Objection to Presentence Investigation Report (Sealed) by Hortencia Medeles-Arguello, filed. (With attachments) (Entered: 11/13/2015) |
| 11/19/2015 | | **Terminate Deadlines and Hearings as to Hortencia Medeles-Arguello: (ealexander, 4) (Entered: 11/19/2015) |
| 11/19/2015 | <u>730</u> | Order Resetting Sentencing as to Defendant Hortencia Medeles-Arguello only. Sentencing reset for 12/18/2015 at 01:00 PM in Courtroom 8A before Judge David Hittner ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 11/19/2015) |
| 12/11/2015 | <u>750</u> | Final Revised Presentence Investigation Report (Sealed) as to Hortencia Medeles-Arguello, filed. (skearns, 4) (Entered: 12/11/2015) |
| 12/11/2015 | <u>751</u> | Sealed Attachment to <u>750</u> Final Revised Presentence Investigation Report (Sealed) as to Hortencia Medeles-Arguello, filed. (skearns, 4) (Entered: 12/11/2015) |
| 12/11/2015 | <u>752</u> | Revised Confidential Sentencing Recommendation(Sealed) regarding Hortencia Medeles-Arguello, filed. (skearns, 4) (Entered: 12/11/2015) |
| 12/11/2015 | <u>753</u> | Second Sealed Addendum to <u>750</u> Final Revised Presentence Investigation Report (Sealed) as to Hortencia Medeles-Arguello, filed. (skearns, 4) (Entered: 12/11/2015) |
| 12/11/2015 | | **Terminate Deadlines and Hearings as to Hortencia Medeles-Arguello: (ealexander, 4) (Entered: 12/14/2015) |
| 12/11/2015 | <u>761</u> | Order Resetting Sentencing. Sentencing reset for 1/20/2016 at 01:30 PM in Courtroom 8A before Judge David Hittner ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 12/14/2015) |

| 12/15/2015 | 765 | as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order)(Smith, Lewis) (Entered: 12/15/2015) |
|---|---|---|
| 01/12/2016 | 800 | Third Sealed Addendum to 750 Final Presentence Investigation Report (Sealed) as to Hortencia Medeles-Arguello, filed. (skearns, 4) (Entered: 01/12/2016) |
| 01/12/2016 | 801 | Sealed Attachment to 800 Sealed Addendum as to Hortencia Medeles-Arguello, filed. (skearns, 4) (Entered: 01/12/2016) |
| 01/14/2016 |  | (Court only) ***Motions terminated as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia re: 608 Sealed Event filed by USA, 615 Sealed Event filed by USA, 445 Sealed Event filed by USA, 375 Sealed Event. Motions have been ruled on, see docket sheet. (marflores, 4) (Entered: 01/14/2016) |
| 01/19/2016 | 809 | MAIL RETURNED UNDELIVERABLE re: 797 sent to Alan Cortes as to Hortencia Medeles-Arguello, Delia Diaz, Jose L Uraga, Alfonso Diaz-Juarez, Jorge Antonio Teloxa-Barbosa, Eduardo Guzman Gonzales, Alberto Mendez Flores, Guadalupe Valdez Lugo, Lilia Medeles Cerda, Abel Medeles, Odelia Hernandez, Talat Crippin, Diana Medeles Garcia, Graciela Medeles Ochoa, David Garcia, filed. (lrivera, 2) (Entered: 01/20/2016) |
| 01/20/2016 | 810 | Minute Entry for proceedings held before Judge David Hittner: Sentencing held on 1/20/2016 for Hortencia Medeles-Arguello (1), Count(s) 1, 1s, 2, 2s, 3-4, 3s, 4s-5s, 5, 6, 6s, 7, Custody of the Bureau of Prisons for a term of Life as to Count 1; 120 months as to Count 2 and 240 months as to Counts 3-6 to run concurrently for a total term of Life. Supervised Release for a total of 5 years. Restitution in the amount of $840,289.10. Fine is waived. Special Assessment $600.00. Appearances: Ruben R Perez, Ali R Fazel, Houston Interpreter.(Court Reporter: Mayra Malone) (Interpreter:Yes) Deft remanded to Custody, filed.(ealexander, 4) (Entered: 01/20/2016) |
| 01/20/2016 | 811 | ORDER DIRECTING FORFEITURE OF PROPERTY AT SENTENCING as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 01/20/2016) |
| 01/20/2016 | 812 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Hortencia Medeles-Arguello,filed.(ealexander, 4) (Entered: 01/20/2016) |
| 01/20/2016 | 813 | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 1, filed. (Entered: 01/21/2016) |
| 01/20/2016 | 814 | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 1A., filed. (Entered: 01/21/2016) |
| 01/20/2016 | 815 | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 2, filed. (Entered: 01/21/2016) |
| 01/20/2016 | 816 | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 3, filed. (Entered: 01/21/2016) |
| 01/20/2016 | 817 | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 4, filed. (Entered: 01/21/2016) |
| 01/20/2016 | 818 | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 5, filed. (Entered: 01/21/2016) |

| 01/20/2016 | <u>819</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 6, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>820</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 7, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>821</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 8, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>822</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 8A, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>823</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 9, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>824</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 10, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>825</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 11, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>826</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 13, filed. (Entered: 01/21/2016) |
| 01/20/2016 | <u>827</u> | Sealed Defendant Medeles-Arguello Sentencing Exhibit # 14, filed. (Entered: 01/21/2016) |
| 01/21/2016 | <u>831</u> | Clerks Notice of Filing of an Appeal as to Hortencia Medeles-Arguello. The following Notice of Appeal and related motions are pending in the District Court: <u>812</u> Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporter(s): ERO, Johnny Sanchez, Kathy Metzger, Gayle Dye, Bruce Slavin, Laura Wells, and Mayra Malone,filed. (Attachments: # <u>1</u> Notice of Appeal, # <u>2</u> Public Docket Sheet) (bcampos, 1) (Entered: 01/21/2016) |
| 01/21/2016 | | Appeal Review Notes as to Hortencia Medeles-Arguello re: <u>812</u> Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel, CJA attorney. Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 7, filed.(bcampos, 1) (Entered: 01/21/2016) |
| 02/02/2016 | <u>835</u> | JUDGMENT as to Hortencia Medeles-Arguello ( Signed by Judge David Hittner) Parties notified. (ealexander, 4) (Entered: 02/02/2016) |
| 02/02/2016 | <u>836</u> | Statement of Reasons (Sealed) as to Hortencia Medeles-Arguello. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 02/02/2016) |
| 02/04/2016 | <u>839</u> | Notice of Non-Compliance as to Hortencia Medeles-Arguello. Appellant has failed to: Submit the DKT13 transcript order form. Parties notified,filed. (melopez, 1) (Entered: 02/04/2016) |
| 02/08/2016 | <u>843</u> | Certificate of Service by USA as to Hortencia Medeles-Arguello (*Executed Personal Service of Preliminary Orders of Forfeiture Dkt 405 & Dkt 406*), filed. (Roth, Lori) (Entered: 02/08/2016) |
| 02/19/2016 | | (Court only) ***(PRIVATE ENTRY) Electronic record on appeal requested, Due on 03/04/2016, filed. (dbenavides, 1) (Entered: 02/19/2016) |
| 03/29/2016 | <u>880</u> | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 5a, # <u>7</u> Exhibit 5b)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | <u>881</u> | Exhibits as to Hortencia Medeles-Arguello , filed. (Perez, Ruben) (Entered: 03/29/2016) |

| 03/29/2016 | 882 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit 7a, # 2 Exhibit 8, # 3 Exhibit 8a, # 4 Exhibit 8b, # 5 Exhibit 8c, # 6 Exhibit 8d, # 7 Exhibit 8e)(Perez, Ruben) (Entered: 03/29/2016) |
|---|---|---|
| 03/29/2016 | 883 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit 9a, # 2 Exhibit 9b, # 3 Exhibit 9c, # 4 Exhibit 10, # 5 Exhibit 10a, # 6 Exhibit 10b, # 7 Exhibit 10c)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 884 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit 11, # 2 Exhibit 11a, # 3 Exhibit 11b, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 885 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19, # 4 Exhibit 20, # 5 Exhibit 26)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 886 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 34, # 4 Exhibit 35, # 5 Exhibit 39)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 887 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit 44, # 2 Exhibit 48, # 3 Exhibit 48a, # 4 Exhibit 50, # 5 Exhibit 51)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 888 | Exhibits as to Hortencia Medeles-Arguello , filed. (Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 889 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit A2a, # 2 Exhibit A3a, # 3 Exhibit A4a, # 4 Exhibit A5a, # 5 Exhibit A6a, # 6 Exhibit A7a, # 7 Exhibit A8a, # 8 Exhibit A9a)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/29/2016 | 890 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit A11a, # 2 Exhibit A12a)(Perez, Ruben) (Entered: 03/29/2016) |
| 03/30/2016 | 891 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit C2a, # 2 Exhibit C3a, # 3 Exhibit C4a, # 4 Exhibit C5a, # 5 Exhibit C6a, # 6 Exhibit C7a, # 7 Exhibit C8a, # 8 Exhibit C9a, # 9 Exhibit C10a)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 892 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit C12a, # 2 Exhibit C13a, # 3 Exhibit C14a, # 4 Exhibit C15a, # 5 Exhibit C16a, # 6 Exhibit C17a, # 7 Exhibit C18a, # 8 Exhibit C19a)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 893 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit C21a, # 2 Exhibit C22a, # 3 Exhibit C23a, # 4 Exhibit C24a, # 5 Exhibit C25a, # 6 Exhibit C26a, # 7 Exhibit C27a, # 8 Exhibit C28a)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 894 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit C30a, # 2 Exhibit C31a, # 3 Exhibit C32a, # 4 Exhibit C33a, # 5 Exhibit C34a, # 6 Exhibit C35a, # 7 Exhibit C36a, # 8 Exhibit C37a)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 895 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit C39a, # 2 Exhibit C42a, # 3 Exhibit C43a, # 4 Exhibit C48a, # 5 Exhibit C50a, # 6 Exhibit C60a, # 7 Exhibit P1)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 896 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit P2, # 2 Exhibit P3, # 3 Exhibit P4, # 4 Exhibit P5, # 5 Exhibit P6, # 6 Exhibit P7, # 7 Exhibit P7a, # 8 Exhibit P8)(Perez, Ruben) (Entered: 03/30/2016) |

| 03/30/2016 | 897 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit P10, # 2 Exhibit P11, # 3 Exhibit P15, # 4 Exhibit P18, # 5 Exhibit P19, # 6 Exhibit P20, # 7 Exhibit P21, # 8 Exhibit P22, # 9 Exhibit P23, # 10 Exhibit P24)(Perez, Ruben) (Entered: 03/30/2016) |
|---|---|---|
| 03/30/2016 | 898 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit P26, # 2 Exhibit P27, # 3 Exhibit P28, # 4 Exhibit P29, # 5 Exhibit P30, # 6 Exhibit P31, # 7 Exhibit P33, # 8 Exhibit P34, # 9 Exhibit P35, # 10 Exhibit P35a)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 899 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit P39, # 2 Exhibit P40, # 3 Exhibit P41, # 4 Exhibit P42, # 5 Exhibit P43, # 6 Exhibit P44, # 7 Exhibit P45, # 8 Exhibit P45a, # 9 Exhibit P45b, # 10 Exhibit P45c)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 900 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit P46a, # 2 Exhibit P47, # 3 Exhibit P48, # 4 Exhibit P49, # 5 Exhibit P50, # 6 Exhibit P51, # 7 Exhibit P52, # 8 Exhibit P53, # 9 Exhibit P54, # 10 Exhibit P55)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 901 | Exhibits as to Hortencia Medeles-Arguello , filed. (Attachments: # 1 Exhibit P67, # 2 Exhibit P68, # 3 Exhibit P69, # 4 Exhibit P71, # 5 Exhibit P72, # 6 Exhibit P73, # 7 Exhibit P74, # 8 Exhibit P75, # 9 Exhibit P76, # 10 Exhibit P78)(Perez, Ruben) (Entered: 03/30/2016) |
| 03/30/2016 | 902 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | 903 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | 904 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | 905 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | 906 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | 907 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | 908 | Sealed Event, filed. (With attachments) (Entered: 03/30/2016) |
| 03/30/2016 | | Notice of Assignment of USCA No. 16-20055 as to Hortencia Medeles-Arguello re: 812 Notice of Appeal - Judgment and Sentence,filed.(jtabares, 1) (Entered: 03/30/2016) |

# Tab 2

# Notice of Appeal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| V. | § | CRIMINAL ACTION 4:13-628 (01) |
| | § | |
| Hortencia Medeles-Arguello, | § | |

## CLERK'S NOTICE OF APPEAL FOR DEFENDANT

Pursuant to Rule 21(c)(5) of the Federal Rules of Criminal Procedure and at

the oral request of Defendant, Hortencia Medeles-Arguello, Notice of Appeal from

the sentence imposed on January 20, 2016, is hereby given by the Clerk to the

United States Court of Appeals for the Fifth Circuit.

Done at Houston, Texas on the 20th day of January, 2016.

David J. Bradley, Clerk

By:  Ellen Alexander, Deputy Clerk

# Tab 3
# Indictment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CRIMINAL NO.: H-13-628-SS |
| HORTENCIA MEDELES-ARGUELLO | § | |
| aka RAQUEL MEDELES GARCIA | § | |
| aka TENCHA | § | |

## SUPERSEDING CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**Sex Trafficking Conspiracy**
**[Title 18, U.S.C., Sections 1591 and 1594(c)]**

Beginning in or about January 2009, and continuing until October 2013, in the Southern

District of Texas and elsewhere, defendant,

**HORTENCIA MEDELES-ARGUELLO**
**aka RAQUEL MEDELES GARCIA**
**aka TENCHA**

with others known and unknown to the Grand Jury, did knowingly conspire, combine,

confederate and agree, to commit an offense against the United States; that is:

(1)(a). To, in and affecting interstate and foreign commerce, recruit, entice, harbor,

transport, provide, obtain, and maintain by any means a person knowing and in reckless

disregard of the fact that force, threats of force, fraud, coercion and any combination of such

means would be used to cause the person to engage in a commercial sex act, contrary to Title 18,

United States Code, Section 1591 (a), and

16-20055.351

(1)(b). To benefit, financially and by receiving a thing of value, from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person knowing and in reckless disregard of the fact that force, threats of force, fraud, coercion as defined in Title 18, United States Code, Section 1591, and any combination of such means would be used to cause the person to engage in a commercial sex act, contrary to Title 18, United States Code, Section 1591, and

(2)(a). To, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, contrary to Title 18, United States Code, Section 1591(a), and

(2)(b). To benefit, financially and by receiving anything of value, from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, contrary to Title 18, United States Code, Section 1591(a).

**In violation of Title 18, United States Code, Sections 1591 and 1594(c).**

## COUNT TWO

**Conspiracy to Harbor Illegal Aliens**
**[Title 8, U.S.C., Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i)]**

From in or about August 1999 to October 2013 in the Southern District of Texas and elsewhere, defendant,

**HORTENCIA MEDELES-ARGUELLO**
**aka RAQUEL MEDELES GARCIA**
**aka TENCHA**

2

with others known and unknown to the Grand Jury, did knowingly and willfully conspire, confederate and agree, to commit offenses against the United States, that is:

To knowingly and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, attempted to and did conceal, harbor, and shield from detection, such aliens in buildings and other places in and around Houston, Texas, for purposes of commercial advantage and private financial gain.

**In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i).**

## COUNT THREE

### Money Laundering
### [Title 18, U.S.C., Section 1956(a)(1)(B)(i)]

From on or around June 1, 2010 and continuing through on or around August 23, 2010, in the Southern District of Texas and elsewhere, defendant,

**HORTENCIA MEDELES-ARGUELLO**
**aka "RAQUEL MEDELES GARCIA"**
**aka "TENCHA"**

aiding and abetting others known and unknown to the Grand Jury did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, four (4) check payments to Vanderbilt Mortgage from a Chase bank account ending in *6350 totaling approximately $22,265.78, which involved the proceeds of a specified unlawful activity, that is sex trafficking in violation of Title 18 United States Code Section 1591, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

3

In violation of Title 18 United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT FOUR

**Money Laundering**
**[Title 18, U.S.C., Section 1956(a)(1)(B)(i)]**

From on or around February 1, 2011, and continuing through on or around May 1, 2012, in the Southern District of Texas and elsewhere, defendant,

### HORTENCIA MEDELES-ARGUELLO
### aka "RAQUEL MEDELES GARCIA"
### aka "TENCHA"

aiding and abetting others known and unknown to the Grand Jury did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, sixteen (16) check payments to an individual in the name of RH from Chase account ending in *6350 totaling approximately $21,333.28, which involved the proceeds of a specified unlawful activity, that is sex trafficking in violation of Title 18 United States Code Section 1591, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT FIVE

**Money Laundering**
**[Title 18, U.S.C., Section 1956(a)(1)(B)(i)]**

From on or around August 25, 2010, and continuing through on or around May 1, 2012, in the Southern District of Texas and elsewhere, defendant,

### HORTENCIA MEDELES-ARGUELLO
### aka "RAQUEL MEDELES GARCIA"
### aka "TENCHA"

aiding and abetting others known and unknown to the Grand Jury did knowingly conduct and

attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit,

seventeen (17) check payments and one (1) cashier's check payment to an individual in the name

of JL from a Chase bank account ending in *6350 totaling approximately $26,242.35, which

involved the proceeds of a specified unlawful activity, that is sex trafficking in violation of Title

18 United States Code Section 1591, knowing that the transaction was designed in whole and in

part to conceal and disguise the nature, location, source, ownership and control of the proceeds

of said specified unlawful activity and that while conducting and attempting to conduct such

financial transaction knew that the property involved in the financial transaction represented the

proceeds of some form of unlawful activity.

**In violation of Title 18 United States Code, Sections 2 and 1956(a)(1)(B)(i).**

## COUNT SIX

### Conspiracy to Commit Money Laundering
### [Title 18, U.S.C., Section 1956(h)]

Beginning on or around September 15, 2011, and continuing through in or around November

7, 2011, in the Southern District of Texas and elsewhere, defendant,

### HORTENCIA MEDELES-ARGUELLO
### aka RAQUEL MEDELES GARCIA
### aka TENCHA

with others known[1] and unknown to the Grand Jury, conspired and agreed with one another to

knowingly commit an offense against the United States, in violation of Title 18, United States

Code, Section 1956, to wit:

5

did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Title 18, United States Code, Section 1591, knowing that the transactions were designed in whole and in part to avoid the currency transaction reporting requirement threshold greater than $10,000.00 of U.S. Currency derived from said specified unlawful activity.

**In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(ii), 1956(h).**

## NOTICE OF FORFEITURE
**(18 U.S.C. § 1594(d); 18 U.S.C. § 1594(e) and 28 U.S.C. § 2461(c))**

Pursuant to Title 18, United States Code, Section 1594(d) and Title 18, United States Code, Section 1594(e) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**HORTENCIA MEDELES-ARGUELLO
aka RAQUEL MEDELES GARCÍA
aka TENCHA**

that in the event of conviction of the offense charged in Count One of this Superseding Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, from or traceable to such violation.

## NOTICE OF FORFEITURE
**(18 U.S.C. § 982(a)(6); 8 U.S.C. § 1324(b) and 28 U.S.C. § 2461(c))**

The United States gives notice to defendant,

16-20055.356

**HORTENCIA MEDELES-ARGUELLO**
**aka RAQUEL MEDELES GARCIA**
**aka TENCHA**

that in the event of conviction of the offense charged in Count Two of this Superseding

Indictment, the following property is subject to forfeiture:

(1) all conveyances, including vessels, vehicles, and aircraft, used in the commission of the

offense pursuant to 18 U.S.C. § 982(a)(6);

(2) all real and personal property that constitutes, or is derived from or is traceable to the

proceeds obtained directly or indirectly from the commission of the offense pursuant to 18

U.S.C. § 982(a)(6);

(3) all real and personal property that is used to facilitate, or is intended to be used to facilitate,

the commission of the offense pursuant to 18 U.S.C. § 982(a)(6); and

(4) all conveyances, including vessels, vehicles, and aircraft, used in the commission of the

offense, the gross proceeds of such violation, and all property traceable to such conveyances or

proceeds pursuant to 8 U.S.C. § 1324(b) and 28 U.S.C. § 2461(c).

## <u>NOTICE OF FORFEITURE</u>
**18 U.S.C. § 982(a)(1)**

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives

notice to defendant,

**HORTENCIA MEDELES-ARGUELLO**
**aka RAQUEL MEDELES GARCIA**
**aka TENCHA**

that in the event of conviction of any of the offenses charged in Counts Three through Six of this

Superseding Indictment, all real and personal property involved in such money laundering

offenses or traceable to such property is subject to forfeiture.

7

## Property Subject to Forfeiture

Defendant is notified that the property subject to forfeiture includes, but is not limited to, the following property:

(1) At least $12,500,000.00 in United States dollars.

(2) The real property, improvements and appurtenances located at 7738 Bellfort Street,

Houston, Texas 77061 and legally described as:

> Lot Thirteen (13) Block Twenty-Eight (28), of Glenbrook Valley, Section Eight (8), a subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 50, Page 40 of the Map Records of Harris County, Texas.

(3) The real property, improvements and appurtenances with addresses of 5618 and 5612

Telephone Road, Houston, Texas 77087 and legally described as:

> Lots 15, 16 and 17, in Block "H", Houston Acreage Estates, an addition to the City of Houston, Harris County, Texas, according to the map or plat thereof, recorded in Volume 12, Page 63 of the Map Records of Harris County, Texas, save and except a tract or parcel of land out of said Lot 17, described by metes and bounds in a deed recorded in the real property records of Harris County, Texas on September 13, 1999 under file number T961377.

(4) The real property, improvements and appurtenances located at 2027 McCarty Drive,

Houston, Texas 77029 and legally described as:

> Lot 15 Block 57 of Port Houston Addition, in Harris County, Texas.

(5) The real property, improvements and appurtenances located at 403 Elsbeth Street,

Channelview, Texas 77530 and legally described as:

> A tract of land containing 0.264 acres, more or less, out of and a part of Lots Three (3) and Four (4), in Block Two (2), of Lakeside Park Estates, an addition in Harris County, Texas, according to the map or

8

plat thereof, recorded in Volume 12, Page 88 of the Map Records of Harris County, Texas, as more particularly described by metes and bounds in the deed recorded in the real property records of Harris County, Texas on May 1, 2009 under file number 20090181850.

(6) The manufactured house currently located at 403 Elsbeth, Channelview, Texas 77530 (model: Sierra Vista; serial number: CLW023487TX; label/seal number: HWC0367210; manufacture date: 1/4/2006)).

(7) The real property, improvements and appurtenances located 16501 North Shore Drive, Channelview, Texas 77530 and legally described as:

Parcel Number 5 Being a part of Lots 2 and 3, in Block 2, in Lakeside Park Estates, a subdivision in the B.N. Garrett Survey, Abstract 1710 in Harris County, Texas, according to the map or plat thereof recorded in Volume 12, at Page 38 of the Map Records of Harris County, Texas, as more particularly described in a deed recorded in the real property records of Harris County, Texas on September 9, 2010 under file number 20100386344.

(8) The manufactured house currently located at 16501 North Shore Dr., Channelview, Texas 77530 (model: Carriage; serial number: SHA01175; label/seal number: TRA0205830).

(9) The real property, improvements and appurtenances located 919 Freeport Street, Houston, Texas, 77015 and legally described as:

Lot 2, in Block 165, of Clover Leaf Subdivision, Unit, 6, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Volume 18, Page 47 of the Map Records of Harris County, Texas.

(10) The real property, improvements and appurtenances with addresses of 4670 and 4660 Telephone Road, Houston, Texas 77087 and legally described as:

Tract I
The West 100.5 feet of Lot Seven (7), and the adjoining West 100.5 feet of the South 79.64 feet of Lot Six (6), Parkview Addition, an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 655, Page 244, Deed

Records, Harris County, Texas.

Tract II

The North 70.36 feet of Lot Six (6) of Parkview Addition, an
Addition out of the Jacob Thomas Survey in Harris County, Texas,
according to the map or plat thereof recorded in Volume 655, Page
243 of the Deed Records of Harris County, Texas, and being more
particularly described by metes and bounds on Exhibits A and B to
a deed recorded in the real property records of Harris County,
Texas on August 2, 1999 under file number T878880.

(11)    The real property, improvements, and appurtenances located at 4678 Telephone

Road, Houston, Texas, 77087, and legally described as:

That certain tract or parcel of land out of Lot Seven (7), in
PARKVIEW SUBDIVISION in the Jacob Thomas Survey,
Abstract No. 762 in Harris County, Texas, and being more
particularly described by metes and bounds in a deed recorded in
the real property records of Harris County, Texas, on September
16, 2013, under file number 20130473252.

(12)    The real property, improvements, and appurtenances located at 1910 and 1912

Iron Ore Drive, Huffman, Texas, 77336, and legally described as:

Being a tract of land containing 5.0663 acres (220,690 square feet),
more or less, situated in the Gilbert Brooks Survey, Abstract 6,
Harris County, Texas, conveyed unto Gerald D. Dufrene and Laura
S. Dufrene, by Deed recorded under County Clerk's File No.
U-504561 of the Official Public Records of Harris County, Texas,
being more commonly known as Tracts Twenty-Five (25) and
Twenty-Six (26), of LAKE HOUSTON FOREST, SECTION III,
an unrecorded, an unrecorded subdivision Plat located in Harris
County, Texas.  Said 5.0663 acre tract being more particularly
described by metes and bounds on Exhibit A to a deed recorded in
the real property records of Harris County, Texas, on September
20, 2013, under file number 20130485233.

(13)    The real property, improvements, and appurtenances located at 831 Canna Street,

10

Channelview, Texas, 77530, and legally described as:

LOT FIFTEEN (15), IN BLOCK TWENTY-TW0 (22), OF
PARTIAL REPLAT OF STERLING FOREST SECTION TWO
(2), AN ADDITION IN HARRIS COUNTY, TEXAS,
ACCORDING TO THE MAP OR PLAT THEREOF RECORDED
IN VOLUME 141, PAGE 60 OF THE MAP RECORDS OF
HARRIS COUNTY, TEXAS, ALSO KNOWN AS 831 CANNA
DRIVE, CHANNELVIEW, HARRIS COUNTY, TEXAS 77530.

(14)   An approximate total of $4,650.00 in United States Currency seized from an apartment in Houston, Texas, on or about October 10, 2013.

(15)   An approximate total of $6,455.30 in United States Currency seized from Eduardo Guzman Gonzales aka Miguel Rojas aka El Pantera and from an apartment in Houston, Texas, on or about October 10, 2013.

(16)   An approximate total of $1,885.00 in United States Currency seized from a residence in Channelview, Texas, on or about October 10, 2013.

(17)   An approximate total of $713.41 in United States Currency seized from an apartment in Houston, Texas, on or about October 10, 2013.

(18)   An approximate total of $603.00 in United States Currency seized from a business on 5618 Telephone Road in Houston, Texas, on or about October 10, 2013.

(19)   Assorted jewelry and coins seized from a residence in Channelview, Texas, on or about October 10, 2013.

## Money Judgment

Defendant is notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

## Substitute Assets

Defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission of defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference in Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____

RUBEN R. PEREZ
ASSISTANT UNITED STATES ATTORNEY

JOSEPH C. MAGLIOLO
ASSISTANT UNITED STATES ATTORNEY

12

# Tab 4

# Jury Verdict

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CRIMINAL NO.: H-13-628-SS |
| HORTENCIA MEDELES-ARGUELLO | § | |
| aka RAQUEL MEDELES GARCIA | § | |
| aka TENCHA | § | |

## VERDICT FORM

### Count I

WE, THE JURY, FIND:  HORTENCIA MEDELES-ARGUELLO AKA

RAQUEL MEDELES GARCIA AKA TENCHA, the defendant,

_____*Guilty*_____, as to Count I as charged in the Indictment.

[Insert "Guilty" or "Not Guilty"]

### Count II

WE, THE JURY, FIND:  HORTENCIA MEDELES-ARGUELLO AKA

RAQUEL MEDELES GARCIA AKA TENCHA, the defendant,

_____*Guilty*_____, as to Count II as charged in the Indictment.

[Insert "Guilty" or "Not Guilty"]

40

16-20055.563

### Count III

WE, THE JURY, FIND:   HORTENCIA MEDELES-ARGUELLO AKA

RAQUEL MEDELES GARCIA AKA TENCHA, the defendant,

_Guilty_____, as to Count III as charged in the Indictment.

[Insert "Guilty" or "Not Guilty"]


### Count IV

WE, THE JURY, FIND:   HORTENCIA MEDELES-ARGUELLO AKA

RAQUEL MEDELES GARCIA AKA TENCHA, the defendant,

_Guilty_____, as to Count IV as charged in the Indictment.

[Insert "Guilty" or "Not Guilty"]


### Count V

WE, THE JURY, FIND:   HORTENCIA MEDELES-ARGUELLO AKA

RAQUEL MEDELES GARCIA AKA TENCHA, the defendant,

_Guilty_____, as to Count V as charged in the Indictment.

[Insert "Guilty" or "Not Guilty"]

16-20055.564

## Count VI

WE, THE JURY, FIND:   HORTENCIA MEDELES-ARGUELLO AKA

RAQUEL MEDELES GARCIA AKA TENCHA, the defendant,

_____*Guilty*_____, as to Count VI as charged in the Indictment.

[Insert "Guilty" or "Not Guilty"]

_____     ___4/24/15___
                        DATE

42

16-20055.565

# Tab 5
# Judgment

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
     Sheet 1

United States District Court
Southern District of Texas
(NOTE: Identify Changes with Asterisks (*))

**ENTERED**
April 28, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

UNITED STATES OF AMERICA

v.

**HORTENCIA MEDELES-ARGUELLO**
**A/K/A Raquel Medeles Garcia**

☒ See Additional Aliases.

**AMENDED JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 4:13CR00628-001
USM NUMBER: 54506-379

Date of Original Judgment: <u>January 20, 2016</u>
(or Date of Last Amended Judgment)

Ali R. Fazel
Defendant's Attorney

**Reason for Amendment**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2)).

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☒ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☒ was found guilty on count(s)   <u>1S, 2S, 3S, 4S, 5S and 6S on April 24, 2015.</u>
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1594(c) and 1591 | Sex trafficking conspiracy | 10/31/2013 | 1S |

☒ See Additional Counts of Conviction

   The defendant is sentenced as provided in pages 2 through <u>10</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the .

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>April 21, 2016</u>
Date of Imposition of Judgment

*[signature]*

Signature of Judge

**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

*Apr. 28, 2016*
Date

AO 245C     (Rev. 09/08) Amended Judgment in a Criminal Case
Sheet 1A
_____   (NOTE: Identify Changes with Asterisks (*))
Judgment -- Page 2 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i) | Conspiracy to harbor illegal aliens for purposes of commercial advantage and private financial gain | 10/31/2013 | 2S |
| 18 U.S.C. § 1956(a)(1)(B)(i) | Money laundering | 08/23/2010 | 3S |
| 18 U.S.C. § 1956(a)(1)(B)(i) | Money laundering | 05/01/2012 | 4S |
| 18 U.S.C. § 1956(a)(1)(B)(i) | Money laundering | 05/01/2012 | 5S |
| 18 U.S.C. § 1956(a)(1)(B)(i) | Money laundering | 11/07/2011 | 6S |

☐   See Additional Counts of Conviction.

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
            Sheet 1B

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

# ADDITIONAL ALIASES

The Court notes the following alias(es) are manifested on the defendant's Indictment:

Tencha

AO 245C     (Rev. 09/08) Amended Judgment in a Criminal Case
    Sheet 2 -- Imprisonment                       (NOTE: Identify Changes with Asterisks (*))

Judgment -- Page 4 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of <u>Life.</u>

This term consists of  LIFE as to Count 1S, ONE HUNDRED TWENTY (120) MONTHS as to Count 2S, and TWO HUNDRED FORTY
(240) MONTHS as to each of Counts 3S, 4S, 5S, and 6S, to run concurrently, for a total term of  LIFE.

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m. ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____.

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
                                  UNITED STATES MARSHAL

By  _____
                          DEPUTY UNITED STATES MARSHAL

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
           Sheet 3 -- Supervised Release                                                    (NOTE: Identify Changes with Asterisks (*))
                                                                                                              Judgment -- Page 5 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 5 years.
This term consists of FIVE (5) YEARS as to Count 1S and THREE (3) YEARS as to each of Counts 2S, 3S, 4S, 5S, and 6S. All such terms to run concurrently, for a total of FIVE (5) YEARS.

☐  See Additional Supervised Release Terms.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

    ☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☒  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state registration in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒  See Special Conditions of Supervision.

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
　　　　　　Sheet 3C -- Supervised Release　　　　　　　　　　　　　　　　(NOTE: Identify Changes with Asterisks (*))

Judgment -- Page 6 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision and the defendant shall register with the sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide the state officials with any and all information required by the state sex offender registration agency and may direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

The defendant shall not seek or maintain employment, supervise, volunteer, or participate in any program and/or activity where minors under the age of 18 would congregate, without prior written approval of the United States Probation Officer. This would include athletic, religious, volunteer, civic, or cultural activities designed for minors under the age of 18.

The defendant shall not have any contact with any minor children under the age of 18 without prior written permission of the United States Probation Officer.

☐  See Additional Special Conditions of Supervision.

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
    Sheet 5 -- Criminal Monetary Penalties    (NOTE: Identify Changes with Asterisks (*))

Judgment -- Page 7 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $600.00 | | * $1,494,929.10 |

A $100 special assessment is ordered as to each of Counts 1S, 2S, 3S, 4S, 5S, and 6S, for a total of $600.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| R.T. | | $97,600.00 | |
| E.E. | | 75,680.00 | |
| A.V. | | 87,100.00 | |
| A.L. | | 490,229.10 | |
| D.L. | | 89,680.00 | |
| *R.A. | | * 7,200.00 | |
| ☒ See Additional Restitution Payees. | | | |
| **TOTALS** | $0.00 | * $1,494,929.10 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
           Sheet 5B -- Criminal Monetary Penalties                                    (NOTE: Identify Changes with Asterisks (*))

Judgment -- Page 8 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| *I.F.H. | | * $97,440.00 | |
| *G.P. | | * 49,840.00 | |
| *G.J. | | * 25,440.00 | |
| *E.V. | | * 53,280.00 | |
| *A.L.X. | | * 57,840.00 | |
| *A.D.N. | | * 57,840.00 | |
| *R.M.G. | | * 50,880.00 | |
| *A.A. | | * 85,680.00 | |
| *M.G. | | * 169,200.00 | |

☐   See Additional Restitution Payees.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C   (Rev. 09/08) Amended Judgment in a Criminal Case
   Sheet 6 -- Schedule of Payments             (NOTE: Identify Changes with Asterisks (*))

Judgment -- Page 9 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payment of $600.00_____ due immediately, balance due

    ☐   not later than _____ , or
    ☒   in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B   ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C   ☐   Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days
    after the date of this judgment; or

D   ☐   Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days
    after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court
    will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☒   Special instructions regarding the payment of criminal monetary penalties:

    Payable to: Clerk, U.S. District Court, Attn: Finance, P.O. Box 61010, Houston, TX 77208. Balance due in installments of 50% of
    any wages earned while in prison in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program.
    Any balance remaining after release from imprisonment shall be due in monthly installments of $200 to commence 60
    days after release from imprisonment to a term of supervision.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**

| Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Hortencia Medeles-Arguello 4:13CR00628-001 | *$1,494,929.10 | *$1,494,929.10 | |
| Delia Diaz 4:13CR00628-002 | $534,140.00 | $534,140.00 | |
| Lilia Medeles Cerda 4:13CR00628-009 | $569,340.00 | $569,340.00 | |

☒   See Additional Defendants and Co-Defendants Held Joint and Several.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   The defendant shall forfeit the defendant's interest in the following property to the United States:
   As set forth in the order of forfeiture executed by this Court on January 20, 2016.

☐   See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245C     (Rev. 09/08) Amended Judgment in a Criminal Case
            Sheet 6A -- Schedule of Payments                                      (NOTE: Identify Changes with Asterisks (*))
                                                                                  Judgment -- Page 10 of 10

DEFENDANT: **HORTENCIA MEDELES-ARGUELLO**
CASE NUMBER: **4:13CR00628-001**

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Talat Crippin 4:13CR00628-012 | $162,780.00 | $162,780.00 | |
| Diana Medeles Garcia 4:13CR00628-013 | $534,140.00 | $534,140.00 | |

# Tab 6

# Certificate of Service

## CERTIFICATE OF SERVICE

I certify that on December 6, 2016, I e-filed the foregoing Appellant's Record

Excerpts to the Clerk of the United States Fifth Circuit, emailed a copy to AUSA

Renata Ann Gowie (Renata.Gowie@usdoj.gov), and mailed a copy to the Appellant,

Hortencia Medeles-Arguello.

VIVIAN R. KING
APPOINTED COUNSEL